# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

---------------------------------------------------------------- x
:
In re:                                          :    Chapter 11
:
TROPHY HOSPITALITY, LLC,                        :    Case No. 21-40512 (BTR)
:
Debtor.                                         :
:
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby appears on behalf of Blue Star Frisco Retail, LLC (the "Blue Star Frisco"), and request copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on the Blue Star Frisco by and through its counsel, as follows:

Michael D. Warner, Esq.
Benjamin L. Wallen, Esq.
**PACHULSKI STANG ZIEHL & JONES, LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile (713) 691-9407
Email: mwarner@pszjlaw.com
Email: bwallen@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, and (iv) every pleading

or report filed in this case, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Blue Star Frisco to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: April 15, 2021

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES, LLP**

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email: mwarner@pszjlaw.com
Email: bwallen@pszjlaw.com

*Counsel for the Blue Star Frisco Retail, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2021, a true and correct copy of the foregoing Notice of Appearance was served by this court's CM/ECF to all parties that are registered to receive such notice in the above case.

                                          */s/ Michael D. Warner*
                                          Michael D. Warner