INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, this § 341 Meeting of Creditors ("Meeting") is to be conducted telephonically.  The telephone call in number and participant code for the § 341 Meeting of Creditors ("Meeting") is set forth in the enclosed Notice.

**Dial-In Information:**
(1)  You must use a touch-tone phone to participate.
(2)  <u>Landline preferred</u>.  If you have a choice, use a landline phone, instead of a cell phone.  Do not use a speaker phone.
(3)   Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.  Immediately place your phone on mute.
(4)  Make the call from a quiet area where there is as little background noise as possible.
(5)  As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.
(6)  When speaking during your case, identify yourself.
(7)  Do not put the phone on hold at any time after the call is connected.
(8)  If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.
(9)  Once the case Meeting is finished, hang up.
(10)  If you become disconnected before your Meeting is finished, call back.

| Presiding Trustee | Participant Code | Conference Line - Local (Toll) | Conference Line (Toll Free) |
|---|---|---|---|
| Trustee Line 1- Michelle Chow | 1174871 | 517-224-3223 | 866-541-9301 |
| Trustee Line 2 - Linda Payne | 6221451 | 517-268-7095 | 877-900-6448 |
| Trustee Line 3 - Mark Weisbart | 6422968 | 203-280-5194 | 877-491-1721 |
| Trustee Line 4 - Diane Carter | 2235728 | 210-453-4089 | 866-794-8448 |
| Trustee Line 5 - Chris Moser | 8700433 | 203-607-6584 | 877-934-5488 |
| Trustee Line 6 - Joshua Searcy | 7167901 | 517-600-9734 | 866-556-7968 |
| Trustee Line 7 - Steve Zayler | 7135484 | 517-600-9814 | 866-621-9429 |
| Line 1 - Eastern District chapter 11 | 4489529 | 517-833-3942 | 877-647-7210 |

**Bankruptcy Documents:**
Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.