```
Label Matrix for local noticing      Aramak Uniform Services         Bigs Investment Holdings, LLC
0540-4                               P.O. Box 731676                 c/o Travis Richard
Case 21-40512                        Dallas, TX 75373-1676           5335 Spring Valley
Eastern District of Texas                                            Dallas, TX 75254-3009
Sherman
Fri Apr 16 11:38:31 CDT 2021

Bigs Investments Holdings, LLC       Blue Star Frisco, LP            Celtic Bank
c/o Travis Richard                   8000 Warren Parkway             268 S. State St., Ste. 300
5335 Spring Valley                   Building 1, Suite 100           Salt Lake City, UT 84111-5314
Dallas, TX 75254-3009                Frisco, TX 75034-2231


City of Frisco                       Frisco ISD                      Eric A. Liepins
Linebarger Goggan Blair & Sampson, LLP  c/o Perdue Brandon Fielder et al  Eric A. Liepins, P.C.
c/o Laurie A. Spindler               1919 S. Shiloh Road, Suite 310, LB 40  12770 Coit Road
2777 N. Stemmons Frwy                Garland, TX 75042-8234          Suite 850
Suite 1000                                                           Dallas, TX 75251-1364
Dallas, TX 75207-2328

(p)PURELY MEAT COMPANY               Linda Reece                     Scott SEIDEL (SBRA V)
4345 W DIVISION STREET               1919 S. Shiloh Road, Suite 310, LB 40  Sub V Chapter Trustee
CHICAGO IL 60651-1714                Garland, TX 75042-8234          6505 West Park Boulevard
                                                                     Ste. 306
                                                                     Plano, TX 75093-6212


Sani Servant                         Shiloh Oak Investment, LLC      Shiloh Oak Investment, LLC
3100 E Meadows                       c/o Travis Richard              c/o Travis Richard
Mesquite, TX 75150                   5335 Spring Valley              5335 Spring V alley
                                     Dallas, TX 75254-3009           Dallas, TX 75254-3009


Small Business Admin                 Laurie A. Spindler              Trophy Hospitality, LLC
P.O. Box 3918                        Linebarger, Goggan, Blair & Sampson  3351 Waverly Drive
Portland, OR 97208-3918              2777 N. Stemmons Frwy Ste 1000  Celina, TX 75009-1501
                                     Dallas, TX 75207-2328


U.S. Attorney General                US Trustee                      John M. Vardeman
Department of Justice                Office of the U.S. Trustee      UST Office
Main Justice Building                110 N. College Ave.             110 N. College St., Suite 300
10th & Constitution Ave., NW         Suite 300                       Tyler, TX 75702-7231
Washington, DC 20530-0001            Tyler, TX 75702-7231

Wade Electric                        Michael D. Warner
7217 Parwelk                         Pachulski Stang Ziehl & Jones LLP
Dallas, TX 75235                     440 Louisiana Street
                                     Suite 900
                                     Houston, TX 77002-1062
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Purely Meat Company                  (d)Purely Meat Company
4345 W Division                      4345 W Division
Chicago, IL 60651                    Chicago, IL 60651
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Aramak Uniform Services
P.O. Box 731676
Dallas, TX 75373-1676

(u)Blue Star Frisco Retail, LLC

(d)Blue Star Frisco, LP
8000 Warren Parkway
Building 1, Suite 100
Frisco, TX 75034-2231

(d)Celtic Bank
268 S State Street
Suite 300
Salt Lake City, UT 84111-5314

(u)Fix A Drip

(du)Fix A Drip

(d)Frisco ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 310, LB 40
Garland, TX 75042-8234

(d)Small Business Admin
PO Box 3918
Portland, OR 97208-3918

(d)Wade Electric
7217 Parwelk
Dallas, TX 75235

End of Label Matrix
Mailable recipients    22
Bypassed recipients     9
Total                  31