Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 21−40512
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Trophy Hospitality, LLC

## NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

A telephonic Status Hearing status hearing pursuant to 11 U.S.C. Sec. 1188 will be held on

*Tuesday, June 8, 2021*

at

*10:00 AM*

to consider and act upon document 1 − Chapter 11 Voluntary Petition. Without Schedules, Statements, or Other Required Documents. Filed by Trophy Hospitality, LLC, Document Due 04/15/2021.(Liepins, Eric) filed as document number 1 .

Debtor shall file a Pre−Hearing Report pursuant to 11 U.S.C Sec. 1188(c) by Tuesday, May 25, 2021

Conference Telephone Number: 1−888−675−2535
Conference Access Code: 4225607
Conference Security Code: 3620

Please review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Courts webpage at www.txeb.uscourts.gov and choosing Judges Info, then choosing Judge Rhoades, and then choosing Telephonic Hearing tab. Parties may request a video or live hearing by filing a timely request explaining the need for such hearing.

Dated: Wednesday, April 14, 2021

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

In re:     Case No. 21-40512-btr

Trophy Hospitality, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 2
Date Rcvd: Apr 14, 2021     Form ID: 100v2     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trophy Hospitality, LLC, 3351 Waverly Drive, Celina, TX 75009-1501 |
| cr | + | Bigs Investments Holdings, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| cr | + | City of Frisco, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A. Spindler, 2777 N. Stemmons Frwy, Suite 1000 Dallas, TX 75207-2328 |
| cr | + | Shiloh Oak Investment, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| 8028508 | + | Aramak Uniform Services, P.O. Box 731676, Dallas, TX 75373-1676 |
| 8028509 | + | Bigs Investment Holdings, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| 8028510 | + | Blue Star Frisco, LP, 8000 Warren Parkway, Building 1, Suite 100, Frisco, TX 75034-2231 |
| 8028741 | + | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| 8028514 | | Sani Servant, 3100 E Meadows, Mesquite, TX 75150 |
| 8028515 | + | Shiloh Oak Investment, LLC, c/o Travis Richard, 5335 Spring V alley, Dallas, TX 75254-3009 |
| 8028516 | + | Small Business Admin, PO Box 3918, Portland, OR 97208-3918 |
| 8028517 | | Wade Electric, 7217 Parwelk, Dallas, TX 75235 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8028511 | + | Email/Text: bzern@celticbank.com | Apr 15 2021 03:18:00 | Celtic Bank, 268 S State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 8028513 | | Email/Text: john@purelymeat.com | Apr 15 2021 03:16:00 | Purely Meat Company, 4345 W Division, Chicago, IL 60651 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fix A Drip |
| 8028512 | | Fix A Drip |
| cr | *+ | Aramak Uniform Services, P.O. Box 731676, Dallas, TX 75373-1676 |
| cr | *+ | Blue Star Frisco, LP, 8000 Warren Parkway, Building 1, Suite 100, Frisco, TX 75034-2231 |
| cr | *+ | Celtic Bank, 268 S. State St., Ste. 300, Salt Lake City, UT 84111-5314 |
| cr | *+ | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| cr | *P++ | PURELY MEAT COMPANY, 4345 W DIVISION STREET, CHICAGO IL 60651-1714, address filed with court:, Purely Meat Company, 4345 W Division, Chicago, IL 60651 |
| cr | *+ | Small Business Admin, P.O. Box 3918, Portland, OR 97208-3918 |
| cr | * | Wade Electric, 7217 Parwelk, Dallas, TX 75235 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0540-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: 100v2 | Total Noticed: 14 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2021                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric A. Liepins | on behalf of Debtor Trophy Hospitality  LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Laurie A. Spindler | on behalf of Creditor City of Frisco laurie.spindler@lgbs.com  Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Linda Reece | on behalf of Creditor Frisco ISD lreece@pbfcm.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 4