| Information to identify the case: | | |
|---|---|---|
| Debtor | Trophy Hospitality, LLC <br> Name | EIN: 81-4075814 |
| United States Bankruptcy Court | Eastern District of Texas | Date case filed for chapter: 11   4/8/21 |
| Case number: | 21-40512 | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case       10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Trophy Hospitality, LLC | |
| 2. | **All other names used in the last 8 years** | dba Trophy Park | |
| 3. | **Address** | 3351 Waverly Drive <br> Celina, TX 75009 | |
| 4. | **Debtor's attorney** <br> Name and address | Eric A. Liepins <br> Eric A. Liepins, P.C. <br> 12770 Coit Road <br> Suite 850 <br> Dallas, TX 75251 | Contact phone 972-991-5591 <br><br> Email: eric@ealpc.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Scott SEIDEL (SBRA V) <br> Sub V Chapter Trustee <br> 6505 West Park Boulevard <br> Ste. 306 <br> Plano, TX 75093 | Contact phone 214-234-2503 <br><br> Email: scott@scottseidel.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Suite 300B <br> 660 North Central Expressway <br> Plano, TX 75074 | Hours open: <br> 8:00 – 4:00 <br><br> Contact phone (972)509-1240 <br><br> Date: 4/16/21 |

**For more information, see page 2 >**

Debtor **Trophy Hospitality, LLC**                                                                 Case number **21–40512**

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **May 7, 2021 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Hearing–See Instructions** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):**      6/17/21<br>**For a governmental unit:**      10/5/21<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**                    _____ | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 21-40512-btr
Trophy Hospitality, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 2
Date Rcvd: Apr 16, 2021     Form ID: 309F2     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trophy Hospitality, LLC, 3351 Waverly Drive, Celina, TX 75009-1501 |
| aty | + | John M. Vardeman, UST Office, 110 N. College St., Suite 300, Tyler, TX 75702-7231 |
| aty | + | Laurie A. Spindler, Linebarger, Goggan, Blair & Sampson, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| aty | + | Linda Reece, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| aty | + | Michael D. Warner, Pachulski Stang Ziehl & Jones LLP, 440 Louisiana Street, Suite 900, Houston, TX 77002-1062 |
| tr | + | Scott SEIDEL (SBRA V), Sub V Chapter Trustee, 6505 West Park Boulevard, Ste. 306, Plano, TX 75093-6212 |
| cr | + | Bigs Investments Holdings, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| cr | + | City of Frisco, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A. Spindler, 2777 N. Stemmons Frwy, Suite 1000 Dallas, TX 75207-2328 |
| cr | + | Shiloh Oak Investment, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| 8028508 | + | Aramak Uniform Services, P.O. Box 731676, Dallas, TX 75373-1676 |
| 8028509 | + | Bigs Investment Holdings, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| 8028510 | + | Blue Star Frisco, LP, 8000 Warren Parkway, Building 1, Suite 100, Frisco, TX 75034-2231 |
| 8028741 | + | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| 8028514 | | Sani Servant, 3100 E Meadows, Mesquite, TX 75150 |
| 8028515 | + | Shiloh Oak Investment, LLC, c/o Travis Richard, 5335 Spring V alley, Dallas, TX 75254-3009 |
| 8028516 | + | Small Business Admin, PO Box 3918, Portland, OR 97208-3918 |
| 8028517 | | Wade Electric, 7217 Parwelk, Dallas, TX 75235 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: eric@ealpc.com | Apr 17 2021 02:03:00 | Eric A. Liepins, Eric A. Liepins, P.C., 12770 Coit Road, Suite 850, Dallas, TX 75251 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Apr 17 2021 02:04:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8028511 | + | Email/Text: bzern@celticbank.com | Apr 17 2021 02:06:00 | Celtic Bank, 268 S State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 8028513 | | Email/Text: john@purelymeat.com | Apr 17 2021 02:03:00 | Purely Meat Company, 4345 W Division, Chicago, IL 60651 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Blue Star Frisco Retail, LLC |
| cr | | Fix A Drip |
| 8028512 | | Fix A Drip |
| cr | *+ | Aramak Uniform Services, P.O. Box 731676, Dallas, TX 75373-1676 |
| cr | *+ | Blue Star Frisco, LP, 8000 Warren Parkway, Building 1, Suite 100, Frisco, TX 75034-2231 |

| District/off: 0540-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 309F2 | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| cr | *+ | Celtic Bank, 268 S. State St., Ste. 300, Salt Lake City, UT 84111-5314 | |
| cr | *+ | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 | |
| cr | *P++ | PURELY MEAT COMPANY, 4345 W DIVISION STREET, CHICAGO IL 60651-1714, address filed with court:, Purely Meat Company, 4345 W Division, Chicago, IL 60651 | |
| cr | *+ | Small Business Admin, P.O. Box 3918, Portland, OR 97208-3918 | |
| cr | * | Wade Electric, 7217 Parwelk, Dallas, TX 75235 | |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021              Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A. Liepins | on behalf of Debtor Trophy Hospitality  LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Laurie A. Spindler | on behalf of Creditor City of Frisco laurie.spindler@lgbs.com  Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Linda Reece | on behalf of Creditor Frisco ISD lreece@pbfcm.com |
| Michael D. Warner | on behalf of Creditor Blue Star Frisco Retail  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com |
| Scott SEIDEL (SBRA V) | scott@scottseidel.com  susan@scottseidel.com;csms11@trustesolutions.net |

TOTAL: 6