INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, this § 341 Meeting of Creditors ("Meeting") is to be conducted telephonically. The telephone call in number and participant code for the § 341 Meeting of Creditors ("Meeting") is set forth in the enclosed Notice.

**Dial-In Information:**
(1)  You must use a touch-tone phone to participate.
(2)  Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.
(3)   Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.
(4)  Make the call from a quiet area where there is as little background noise as possible.
(5)  As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.
(6)  When speaking during your case, identify yourself.
(7)  Do not put the phone on hold at any time after the call is connected.
(8)  If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.
(9)  Once the case Meeting is finished, hang up.
(10)  If you become disconnected before your Meeting is finished, call back.

| Presiding Trustee | Participant Code | Conference Line - Local (Toll) | Conference Line (Toll Free) |
|---|---|---|---|
| Trustee Line 1 - Michelle Chow | 1174871 | 517-224-3223 | 866-541-9301 |
| Trustee Line 2 - Linda Payne | 6221451 | 517-268-7095 | 877-900-6448 |
| Trustee Line 3 - Mark Weisbart | 6422968 | 203-280-5194 | 877-491-1721 |
| Trustee Line 4 - Diane Carter | 2235728 | 210-453-4089 | 866-794-8448 |
| Trustee Line 5 - Chris Moser | 8700433 | 203-607-6584 | 877-934-5488 |
| Trustee Line 6 - Joshua Searcy | 7167901 | 517-600-9734 | 866-556-7968 |
| Trustee Line 7 - Steve Zayler | 7135484 | 517-600-9814 | 866-621-9429 |
| Line 1 - Eastern District chapter 11 | 4489529 | 517-833-3942 | 877-647-7210 |

**Bankruptcy Documents:**
Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 21-40512-btr |
| Trophy Hospitality, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2021 | Form ID: pdf400 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trophy Hospitality, LLC, 3351 Waverly Drive, Celina, TX 75009-1501 |
| cr | + | Bigs Investments Holdings, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| cr | + | City of Frisco, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A. Spindler, 2777 N. Stemmons Frwy, Suite 1000 Dallas, TX 75207-2328 |
| cr | + | Shiloh Oak Investment, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| 8028508 | + | Aramak Uniform Services, P.O. Box 731676, Dallas, TX 75373-1676 |
| 8028509 | + | Bigs Investment Holdings, LLC, c/o Travis Richard, 5335 Spring Valley, Dallas, TX 75254-3009 |
| 8028510 | + | Blue Star Frisco, LP, 8000 Warren Parkway, Building 1, Suite 100, Frisco, TX 75034-2231 |
| 8028741 | + | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| 8028514 | | Sani Servant, 3100 E Meadows, Mesquite, TX 75150 |
| 8028515 | + | Shiloh Oak Investment, LLC, c/o Travis Richard, 5335 Spring V alley, Dallas, TX 75254-3009 |
| 8028516 | + | Small Business Admin, PO Box 3918, Portland, OR 97208-3918 |
| 8028517 | | Wade Electric, 7217 Parwelk, Dallas, TX 75235 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8028511 | + | Email/Text: bzern@celticbank.com | Apr 17 2021 02:06:00 | Celtic Bank, 268 S State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 8028513 | | Email/Text: john@purelymeat.com | Apr 17 2021 02:03:00 | Purely Meat Company, 4345 W Division, Chicago, IL 60651 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Blue Star Frisco Retail, LLC |
| cr | | Fix A Drip |
| 8028512 | | Fix A Drip |
| cr | *+ | Aramak Uniform Services, P.O. Box 731676, Dallas, TX 75373-1676 |
| cr | *+ | Blue Star Frisco, LP, 8000 Warren Parkway, Building 1, Suite 100, Frisco, TX 75034-2231 |
| cr | *+ | Celtic Bank, 268 S. State St., Ste. 300, Salt Lake City, UT 84111-5314 |
| cr | *+ | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 310, LB 40, Garland, TX 75042-8234 |
| cr | *P++ | PURELY MEAT COMPANY, 4345 W DIVISION STREET, CHICAGO IL 60651-1714, address filed with court:, Purely Meat Company, 4345 W Division, Chicago, IL 60651 |
| cr | *+ | Small Business Admin, P.O. Box 3918, Portland, OR 97208-3918 |
| cr | * | Wade Electric, 7217 Parwelk, Dallas, TX 75235 |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

District/off: 0540-4 User: admin Page 2 of 2
Date Rcvd: Apr 16, 2021 Form ID: pdf400 Total Noticed: 14

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021                Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric A. Liepins | on behalf of Debtor Trophy Hospitality LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Laurie A. Spindler | on behalf of Creditor City of Frisco laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Linda Reece | on behalf of Creditor Frisco ISD lreece@pbfcm.com |
| Michael D. Warner | on behalf of Creditor Blue Star Frisco Retail LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com |
| Scott SEIDEL (SBRA V) | scott@scottseidel.com susan@scottseidel.com;csms11@trustesolutions.net |

TOTAL: 6