# **EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TROPHY HOSPITALITY, LLC,[1] | § | Case No.: 21-40512 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION OF LANDLORD BLUE STAR FRISCO RETAIL, LLC FOR AN ORDER (I) IN THE ALTERNATIVE (A) CONFIRMING THAT THE AUTOMATIC STAY HAS BEEN TERMINATED PURSUANT TO SECTION 362(J) OF THE BANKRUPTCY CODE BECAUSE THE LEASE TERMINATED PREPETITION; OR (B) GRANTING RELIEF FROM THE AUTOMATIC STAY; AND (II) COMPELLING DEBTOR'S COMPLIANCE WITH APPLICABLE LAW AND LEASE PENDING DEPARTURE**

On April 19, 2021, a *Motion of Landlord Blue Star Frisco Retail, LLC for an Order (I) in the Alternative (A) Confirming that the Automatic Stay has been Terminated Pursuant to Section 362(j) of the Bankruptcy Code Because the Lease Terminated Prepetition; or (b) Granting Relief from the automatic Stay; and (II) Compelling the Debtor's Compliance with Applicable Law and Lease Pending Departure* (the "Motion")[2] was filed by Blue Star Frisco Retail, LLC (the "Movant") in the above referenced case.  The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days of the motion would be deemed by the Court to be unopposed.  The Court finds that no objection or other written response to the Motion has been timely filed by any party.  Due to

---

[1] The Debtor's address is 3351 Waverly Drive, Celina, TX 75009.  The last four digits of its tax identification number are 5814.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

DOCS_NY:42933.1

the failure of any party to file a timely written response, the allegations in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the *Motion of Landlord Blue Star Frisco Retail, LLC for an Order (I) in the Alternative (A) Confirming that the Automatic Stay has been Terminated Pursuant to Section 362(j) of the Bankruptcy Code Because the Lease Terminated Prepetition; or (b) Granting Relief from the automatic Stay; and (II) Compelling the Debtor's Compliance with Applicable Law and Lease Pending Departure* filed by Blue Star Frisco Retail, LLC on April 19, 2021 is hereby **GRANTED** so as to authorize Movant to exercise any and all remedies available to it pursuant to the Lease and applicable law to obtain possession of the premises subject to the Lease.

**IT IS FURTHER ORDERED** that the Debtor shall comply with the terms of the Lease and applicable law while in possession of the premises subject to the Lease.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

Dated: _____, 2021

_____
THE HONORABLE BRENDA T. RHOADES
CHIEF UNITED STATES
BANKRUPTCY JUDGE