# Exhibit No. 1

**Shopping Center Lease**
(Pending Approval to File Under Seal)