The Star
c/o Lincoln Property Company
One Cowboys Way, Suite 170
Frisco, TX  75034

|  |  |  |
|---|---|---|
|  | Suite No | 900 |
| 5/13/2021 | ACCOUNT NUMBER |  |
| INVOICE #: | 123 | 1 |

Trophy Park
6770 Winning Drive
Frisco, TX  75034

**MAKE CHECKS PAYABLE TO:**   Blue Star Frisco Retail LP     BALANCE DUE     153,026.93

| Date | Floor | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|---|
| 9/2/2020 |  | PCT | 02/20 GS 10% | 15,509.04 | .00 | 15,509.04 |
| 9/2/2020 |  | PCT | 01/20 GS 10% | 17,990.97 | .00 | 17,990.97 |
| 9/2/2020 |  | PCT | 12/19 GS 10% | 26,300.67 | 10,388.28 | 15,912.39 |
| 9/24/2020 |  | PCT | 8/20 10% GS | 27,699.34 | 26,826.34 | 873.00 |
| 10/26/2020 |  | PCT | 9/20 10% GS | 31,174.35 | 29,418.00 | 1,756.35 |
| 11/19/2020 |  | PCT | 10/20 10% GS | 29,845.46 | 28,296.00 | 1,549.46 |
| 12/15/2020 |  | PCT | 11/20 10% GS | 25,692.84 | 24,740.00 | 952.84 |
| 12/17/2020 |  | WTR | Water 11/22-11/20/20 | 109.54 | .00 | 109.54 |
| 1/1/2021 |  | CAM | CAM Recovery | 7,006.00 | 523.00 | 6,483.00 |
| 1/1/2021 |  | INS | Insurance | 204.00 | 13.00 | 191.00 |
| 1/1/2021 |  | MKT | Marketing Allocatin | 635.50 | .00 | 635.50 |
| 1/1/2021 |  | RBR | Rental Income-Retail | 22,242.50 | .00 | 22,242.50 |
| 1/1/2021 |  | RET | Real Estate Taxes | 5,588.00 | 160.00 | 5,428.00 |
| 1/15/2021 |  | TRO | 12/5 Police Patrol | 800.00 | .00 | 800.00 |
| 1/15/2021 |  | TRO | 12/4 Police Patrol | 800.00 | .00 | 800.00 |
| 1/15/2021 |  | TRO | 12/12 Police Patrol | 800.00 | .00 | 800.00 |
| 1/15/2021 |  | TRO | 12/11 Police Patrol | 800.00 | .00 | 800.00 |
| 1/15/2021 |  | TRO | 12/18 Police Patrol | 800.00 | .00 | 800.00 |
| 1/15/2021 |  | TRO | 12/19 Police Patrol | 800.00 | .00 | 800.00 |
| 1/15/2021 |  | TRO | 12/26 Police Patrol | 800.00 | .00 | 800.00 |
| 1/20/2021 |  | PCT | 12/20 10% GS | 25,422.49 | 24,501.00 | 921.49 |

The Star  
c/o Lincoln Property Company  
One Cowboys Way, Suite 170  
Frisco, TX  75034

|  |  |
|---|---|
| Suite No | 900 |

|  | 5/13/2021 | ACCOUNT NUMBER |  |
|---|---|---|---|
| Trophy Park | INVOICE #: | 123 | 1 |
| 6770 Winning Drive |  |  |  |
| Frisco, TX  75034 |  |  |  |

**MAKE CHECKS PAYABLE TO:** Blue Star Frisco Retail LP          BALANCE DUE          153,026.93

| Date | Floor | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---:|---:|---:|
| 1/26/2021 |  | WTR | Water 11/20-12/21 | 648.26 | .00 | 648.26 |
| 2/1/2021 |  | CAM | CAM Recovery | 7,006.00 | 523.00 | 6,483.00 |
| 2/1/2021 |  | INS | Insurance | 204.00 | 13.00 | 191.00 |
| 2/1/2021 |  | MKT | Marketing Allocatin | 635.50 | .00 | 635.50 |
| 2/1/2021 |  | RBR | Rental Income-Retail | 22,242.50 | .00 | 22,242.50 |
| 2/1/2021 |  | RET | Real Estate Taxes | 5,588.00 | 160.00 | 5,428.00 |
| 2/2/2021 |  | PPR | FEBRUARY RENT | -24,501.00 | .00 | -24,501.00 |
| 2/4/2021 |  | TRO | 1/21 Grease Trap | 200.00 | .00 | 200.00 |
| 2/8/2021 |  | TRO | 1/1 Police Patrol | 800.00 | .00 | 800.00 |
| 2/8/2021 |  | TRO | 1/2 Police Patrol | 800.00 | .00 | 800.00 |
| 2/8/2021 |  | TRO | 1/8 Police Patrol | 800.00 | .00 | 800.00 |
| 2/8/2021 |  | TRO | 1/9 Police Patrol | 800.00 | .00 | 800.00 |
| 2/8/2021 |  | TRO | 1/15 Police Patrol | 800.00 | .00 | 800.00 |
| 2/8/2021 |  | TRO | 1/16 Police Patrol | 800.00 | .00 | 800.00 |
| 2/8/2021 |  | TRO | 1/22 Police Patrol | 800.00 | .00 | 800.00 |
| 2/8/2021 |  | TRO | 1/23 Police Patrol | 800.00 | .00 | 800.00 |
| 2/24/2021 |  | WTR | Water 12/21-1/20/21 | 255.21 | .00 | 255.21 |
| 3/1/2021 |  | CAM | CAM Recovery | 6,483.00 | .00 | 6,483.00 |
| 3/1/2021 |  | INS | Insurance | 191.00 | .00 | 191.00 |
| 3/1/2021 |  | MKT | Marketing Allocatin | 635.50 | .00 | 635.50 |
| 3/1/2021 |  | RBR | Rental Income-Retail | 22,242.50 | .00 | 22,242.50 |

The Star
c/o Lincoln Property Company
One Cowboys Way, Suite 170
Frisco, TX  75034

| | | | |
|---|---|---|---|
| | Suite No | | 900 |
| 5/13/2021 | | **ACCOUNT NUMBER** | |
| INVOICE #: | | 123 | 1 |

Trophy Park
6770 Winning Drive
Frisco, TX  75034

**MAKE CHECKS PAYABLE TO:**   Blue Star Frisco Retail LP          BALANCE DUE          153,026.93

| Date | Floor | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|---|
| 3/1/2021 | | RET | Real Estate Taxes | 5,428.00 | .00 | 5,428.00 |
| 3/9/2021 | | PPR | FEB PCT RENT | -16,259.00 | .00 | -16,259.00 |
| 3/10/2021 | | TRO | 1/29 Police Patrol | 800.00 | .00 | 800.00 |
| 3/10/2021 | | TRO | 1/30 Police Patrol | 800.00 | .00 | 800.00 |
| 3/10/2021 | | TRO | 2/5 Police Patrol | 800.00 | .00 | 800.00 |
| 3/10/2021 | | TRO | 2/6 Police Patrol | 800.00 | .00 | 800.00 |
| 3/10/2021 | | TRO | 2/12 Police Patrol | 800.00 | .00 | 800.00 |
| 3/10/2021 | | TRO | 2/13 Police Patrol | 800.00 | .00 | 800.00 |
| 3/10/2021 | | TRO | 2/19 Police Patrol | 800.00 | .00 | 800.00 |
| 3/10/2021 | | TRO | 2/20 Police Patrol | 800.00 | .00 | 800.00 |
| 3/18/2021 | | WTR | Water 1/20-2/18/21 | 479.38 | .00 | 479.38 |
| 4/1/2021 | | CAM | CAM Recovery | 6,483.00 | .00 | 6,483.00 |
| 4/1/2021 | | INS | Insurance | 191.00 | .00 | 191.00 |
| 4/1/2021 | | MKT | Marketing Allocatin | 635.50 | .00 | 635.50 |
| 4/1/2021 | | RBR | Rental Income-Retail | 22,242.50 | .00 | 22,242.50 |
| 4/1/2021 | | RET | Real Estate Taxes | 5,428.00 | .00 | 5,428.00 |
| 4/5/2021 | | PPR | MAR PCT RENT | -21,691.00 | .00 | -21,691.00 |