

Lincoln Property Company Retail
One Cowboys Way | Suite 170 | Frisco, TX 75034
Office | 469 388 6200

March 18, 2021

**Via FedEx**

Trophy Hospitality, LLC
Attn: Jeremiah Miranda
3351 Waverly Drive
Celina, TX 75009

<u>Notice of Default</u>

Re:    *Shopping Center Lease dated October 26, 2016 (the "Lease") by and between Blue Star Frisco Retail, LP a Texas limited partnership ("Landlord") and Trophy Hospitality, LLC, a Texas limited liability company ("Tenant") covering approximately 7,626 square feet of space at The Star (the "Demised Premises") and more particularly described in the Lease*

Dear Tenant:

According to the Landlord's records, you have an unpaid rental obligation in the amount of $149,258.55 which includes rental and other charges due through March 18, 2021. This letter shall serve as formal notification that Tenant is in default of Tenant's Lease.

If the above arrearage is not received in full within 10 days of the date of this letter, an event of default shall occur, and the Landlord will exercise those remedies for events of default described in the Lease or at Texas law with no further notice whatsoever.

You are required to deliver the unpaid rental amount set forth above to the following address within ten (10) days from the date of this letter:

Blue Star Frisco Retail, LLC
c/o Lincoln Property Company
One Cowboys Way, Suite 170
Frisco TX 75034

Please be advised that partial payments will be not accepted. Therefore, unless the account is paid in full within the ten (10) days allowed in the amount stated above, the Landlord will immediately pursue any and all remedies available to collect all monies due.

Do not construe the Landlord's failure to immediately take action against you in the past as a waiver of any of its rights to do so now or in the future.

Sincerely,
LINCOLN PROPERTY COMPANY COMMERCIAL, INC.

Colleen Burrows

Colleen Burrows
Senior Property Manager

cc:    Tenant File

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

---

ORIGIN ID:ADSA   (469) 388-6200
CHRISTA THIGPEN
LINCOLN PROPERTY COMPANY
ONE COWBOYS WAY
SUITE 170
FRISCO, TX 75034
UNITED STATES US

TO JEREMIAH MIRANDA
TROPHY HOSPITALITY, LLC
3351 WAVERLY DRIVE

CELINA TX 75009
(000) 000-0000
INV:
PO:
DEPT:

REF THE STAR - RETAIL

SHIP DATE: 18MAR21
ACTWGT: 0.10 LB
CAD: 111116145/INET4340

BILL SENDER

56D.CJ/ACC9/FEIA

FedEx Express

FRI - 19 MAR 4:30P
STANDARD OVERNIGHT

75009
TX-US   DFW

TRK#
0201   7732 0151 3560

AD DNEA

Scanned with CamScanner