

Lincoln Property Company Retail
One Cowboys Way | Suite 170 | Frisco, TX  75034
Office | 469 388 6200

March 30, 2021

Via FedEx and electronic mail

Trophy Park, LLC
Attn: Jeremiah Miranda
4331 Hollow Oak Drive
Dallas, TX 75287

### Event of Default

Re: *Shopping Center Lease dated October 26, 2016 (the "Lease") by and between Blue Star Frisco Retail, LP a Texas limited partnership ("Landlord") and Trophy Hospitality, LLC, a Texas limited liability company ("Tenant") covering approximately 7,626 square feet of space at The Star (the "Demised Premises") and more particularly described in the Lease*

Dear Tenant:

This letter shall serve as formal notice to Tenant that Tenant is in an Event of Default of the Lease as a result of Tenant's failure to pay Rent when due as set forth in the Lease and its continued failure to pay Rent after receiving written notice of the outstanding charges on March 18, 2021. Pursuant to ARTICLE XIX Section 19.1(1) of the Lease, "Tenant shall fail to pay any amount due to Landlord as herein provided and such failure shall continue for a period of ten (10) days after written notice of such default," shall be deemed to be an Event of Default.

According to the Landlord's records, you have an unpaid rental obligation in the amount of $149,258.55 which includes rental and other charges due through March 18, 2021, which was not paid in full.

The Landlord **has the right to exercise** those remedies for events of default described in the Lease or at Texas law with **no further notice whatsoever**.

Do not construe the Landlord's failure to immediately take action against you in the past as a waiver of any of its rights to do so now or in the future.

Sincerely,
LINCOLN PROPERTY COMPANY COMMERCIAL, INC.

*Colleen Burrows*

Colleen Burrows
Senior Property Manager

cc: Tenant File
 Tom Walker
 Kaleisha Stuart
 Jason Cohen
 Melanie J. Cogburn