04/26/21
Accrual Basis

# Trophy Hospitality LLC
## Balance Sheet
### As of March 31, 2021

### Assets

| | | |
|---|---|---:|
| **Current Assets** | | |
| Cash On Hand | $ | 32,100.00 |
| PlainsCap 7900 | | 27,877.25 |
| SBA Money Market | | 300,000.00 |
| Celtic Escrow | | 166,000.00 |
| Undeposited Funds | | (13,153.35) |
| LOAN TO PARTNERS or SHAREHOLDERS | | 1,000.00 |
| Food Inventory | | 35,000.00 |
| **Total Current Assets** | | 548,823.90 |
| **Property and Equipment** | | |
| Signage | | 2,000.00 |
| Machinery and Equipment | | 93,379.78 |
| Furniture and Equipment | | 985,072.42 |
| Office and Computer Equipment | | 2,116.29 |
| Software | | 7,011.63 |
| Leasehold Improvements | | 1,243,147.00 |
| Less Accumulated Depreciation | | (259,912.81) |
| **Net Property and Equipment** | | 2,072,814.31 |
| **Non Current Assets** | | |
| Accumulated Amortization | | (40,307.70) |
| Start-Up Costs | | 403,120.28 |
| Security Deposits Asset | | 29,799.68 |
| **Total Non Current Assets** | | 392,612.26 |
| **Total Assets** | $ | 3,014,250.47 |

See Accountants' Compilation Report          1

04/26/21
Accrual Basis

# Trophy Hospitality LLC
## Balance Sheet
## As of March 31, 2021

### Liabilities and Partners' Equity

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ | 2,527.49 |
| Loan Payable - Bryan Bigham | | 210,000.00 |
| Loan Payable - Trophy Room | | 277,500.00 |
| Loan Payable - Oscar Miranda | | 17,000.00 |
| Loan Payable - Jeremiah Miranda | | 17,997.89 |
| Overdrawn Bank Accounts | | 190.02 |
| Accrued Expenses | | 26,259.00 |
| Accrued Payroll | | 17,558.08 |
| Sales Tax Payable | | 28,551.28 |
| **Total Current Liabilities** | | 597,583.76 |
| | | |
| **Long-Term Liabilities** | | |
| Loan Payable - PPP Loan | | 120,000.00 |
| Celtic Loan 4819 | | 1,805,609.28 |
| **Total Long-Term Liabilities** | | 1,925,609.28 |
| | | |
| **Total Liabilities** | | 2,523,193.04 |
| | | |
| **Partners' Equity** | | |
| Partners | | |
| Partners: Miranda Ventrues LLC :Beg. Balance | | (124,817.41) |
| Partners: Miranda Management LLC: Beg. Balance | | (1,942.69) |
| Partners: Cocktail Ventures LLC: Beg. Balance | | 268,917.06 |
| Partners: Cocktail Ventures LLC: Distributions | | (30,000.00) |
| Partners: Bella Steele LLC | | 7,919.19 |
| Partners: Bella Steele LLC: Beg. Balance | | 177,510.69 |
| Partners: Bella Steele LLC: Distributions | | (20,000.00) |
| Partners: Frisco 3: Beg. Balance | | 278,144.81 |
| Partners: Frisco 3: Distributions | | (30,000.00) |
| Total Partners | | 525,731.65 |
| | | |
| Net Income (Loss) | | (34,674.22) |
| | | |
| **Total Partners' Equity** | | 491,057.43 |
| | | |
| **Total Liabilities and Partners' Equity** | $ | 3,014,250.47 |

See Accountants' Compilation Report        2

04/26/21
Accrual Basis

# Trophy Hospitality LLC
## Statement of Cash Flows
### For the One Month and Three Months Ended March 31, 2021

|  | 1 Month Ended March 31, 2021 | 3 Months Ended March 31, 2021 |
|---|---:|---:|
| **Cash Flows from Operating Activities** | | |
| Net Income (Loss) | $ 1,063.66 | $ (34,674.22) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | |
| Depreciation and Amortization | 18,146.76 | 54,440.29 |
| Losses (Gains) on Sales of Fixed Assets | 0.00 | 0.00 |
| Decrease (Increase) in Operating Assets: | | |
| Other Current Assets | 44,425.22 | 58,009.10 |
| Increase (Decrease) in Operating Liabilities: | | |
| Accounts Payable | (515.27) | 2,527.49 |
| Other Current Liabilities | (7,742.96) | (20,999.59) |
| Total Adjustments | 54,313.75 | 93,977.29 |
| **Net Cash Provided By (Used In) Operating Activities** | 55,377.41 | 59,303.07 |
| **Cash Flows from Investing Activities** | | |
| **Net Cash Provided By (Used In) Investing Activities** | 0.00 | 0.00 |
| **Cash Flows from Financing Activities** | | |
| Notes Payable Borrowings | 0.00 | 302.76 |
| Notes Payable Repayments | (27,500.16) | (49,798.11) |
| Dividends Paid | 0.00 | (80,000.00) |
| **Net Cash Provided By (Used In) Financing Activities** | (27,500.16) | (129,495.35) |
| **Net Increase (Decrease) In Cash and Cash Equivalents** | 27,877.25 | (70,192.28) |
| **Beginning Cash and Cash Equivalents** | 498,100.00 | 596,169.53 |
| **Ending Cash and Cash Equivalents** | $ 525,977.25 | $ 525,977.25 |

See Accountants' Compilation Report      1

04/26/21  
Accrual Basis

# Trophy Hospitality LLC
## Statement of Revenues and Expenses
### For the One Month and Three Months Ended March 31, 2021

| | 1 Month Ended March 31, 2021 | Percent | 3 Months Ended March 31, 2021 | Percent |
|---|---:|---:|---:|---:|
| **Sales** | | | | |
| Food & NA Bev | | | | |
| Beverages | $ 846.45 | 0.38 % | $ 2,379.03 | 0.38 % |
| Food Sales | 73,802.32 | 33.23 | 196,978.34 | 31.27 |
| Comp Sales: Beverages | 10.55 | 0.00 | 40.47 | 0.01 |
| Comp Sales: Food | 2,998.63 | 1.35 | 10,503.93 | 1.67 |
| Comp Sales: Gaming | 48.50 | 0.02 | 284.75 | 0.05 |
| Fee Income | 11,684.45 | 5.26 | 36,508.11 | 5.80 |
| Comp Sales: Fee Income | 338.55 | 0.15 | 534.89 | 0.08 |
| Total Food & NA Bev | 89,729.45 | 40.40 | 247,229.52 | 39.25 |
| Alcohol (Other) | 43,801.08 | 19.72 | 121,621.02 | 19.31 |
| Liquor Sales | 47,990.58 | 21.61 | 150,995.60 | 23.97 |
| Comp Sales: Alcohol (Other) | 592.47 | 0.27 | 1,930.57 | 0.31 |
| Comp Sales: Liquor | 1,035.40 | 0.47 | 2,475.39 | 0.39 |
| Total Alcohol | 93,419.53 | 42.06 | 277,022.58 | 43.98 |
| Beer Sales | 28,540.05 | 12.85 | 76,586.88 | 12.16 |
| Comp Sales: Beer | 394.94 | 0.18 | 1,186.11 | 0.19 |
| Total Retail | 28,934.99 | 13.03 | 77,772.99 | 12.35 |
| Other | | | | |
| Wine Sales | 5,990.70 | 2.70 | 16,281.73 | 2.59 |
| Comp Sales: Wine | 34.30 | 0.02 | 283.27 | 0.04 |
| Total Other | 6,025.00 | 0.03 | 16,565.00 | 0.03 |
| Gaming | 3,981.52 | 1.79 | 11,240.33 | 1.78 |
| **Total Sales** | **222,090.49** | **100.00** | **629,830.42** | **100.00** |
| **Cost of Sales** | | | | |
| Food & NA Bev | | | | |
| Comp Expense: Food | 2,998.63 | 3.34 | 10,503.93 | 4.25 |
| Comp Expense: Gaming | 48.50 | 0.05 | 284.75 | 0.12 |
| Food Cost | 24,218.82 | 26.99 | 58,459.25 | 23.65 |
| Comp Expense: Beverages | 10.55 | 0.01 | 40.47 | 0.02 |
| NA Beverage Cost | 1,735.73 | 1.93 | 4,735.73 | 1.92 |
| Comps Expense: Alcohol (Other) | 592.47 | 0.63 | 1,930.57 | 0.70 |
| Liquor | 13,513.57 | 14.47 | 55,477.61 | 20.03 |
| Comp Expense: Liquor | 1,035.40 | 1.11 | 2,475.39 | 0.89 |
| Total Alcohol | 15,141.44 | 16.21 | 59,883.57 | 21.62 |
| Retail | | | | |
| Beer | 7,473.70 | 25.83 | 17,516.65 | 22.52 |
| Comp Expense: Beer | 394.94 | 1.36 | 1,186.11 | 1.53 |
| Wine | 12,259.81 | 203.48 | 19,920.99 | 120.26 |
| Comp Expense: Wine | 34.30 | 0.57 | 283.27 | 1.71 |
| Total Other | 12,294.11 | 5.54 | 20,204.26 | 3.21 |
| **Total Cost of Sales** | **64,316.42** | **28.96** | **172,814.72** | **27.44** |
| **Labor** | | | | |
| Salary & Wages:Salary | 7,876.71 | 3.55 | 18,506.14 | 2.94 |
| Salary & Wages:Hourly | 38,751.36 | 17.45 | 101,241.39 | 16.07 |
| Salary & Wages: Bonus | 0.00 | 0.00 | 900.00 | 0.14 |
| Labor Cost:Contract Labor | 632.10 | 0.28 | 2,290.82 | 0.36 |
| Payroll Taxes:FICA | 5,030.78 | 2.27 | 14,285.72 | 2.27 |
| Payroll Taxes:FUTA | 343.34 | 0.15 | 1,084.03 | 0.17 |
| Payroll Taxes:SUI | 1,704.39 | 0.77 | 5,073.52 | 0.81 |
| **Total Labor** | **54,338.68** | **24.47** | **143,381.62** | **22.77** |
| **Prime Cost** | **118,655.10** | **53.43** | **316,196.34** | **50.20** |
| **Other Controllable Expenses** | | | | |
| Direct Operating Expenses | | | | |
| Propane Delivery | 2,871.85 | 1.29 | 4,871.85 | 0.77 |

See Accountants' Compilation Report                    1

04/26/21
Accrual Basis

# Trophy Hospitality LLC
## Statement of Revenues and Expenses
### For the One Month and Three Months Ended March 31, 2021

| | 1 Month Ended March 31, 2021 | Percent | 3 Months Ended March 31, 2021 | Percent |
|---|---:|---:|---:|---:|
| Equipment Lease | 0.00 | 0.00 | 30.00 | 0.00 |
| Linen | 1,000.00 | 0.45 | 1,000.00 | 0.16 |
| POS | 2,183.16 | 0.98 | 3,494.74 | 0.55 |
| Computer Expenses | 675.59 | 0.30 | 5,505.92 | 0.87 |
| Smallwares & Operating Supplies | 15,032.20 | 6.77 | 33,068.98 | 5.25 |
| Uniform | 50.85 | 0.02 | 50.85 | 0.01 |
| Total Direct Operating Expenses | 21,813.65 | 9.82 | 48,022.34 | 7.62 |
| | | | | |
| Bands and Musicians | 3,350.00 | 1.51 | 13,150.00 | 2.09 |
| Administrative | | | | |
| Professional Fees | 0.00 | 0.00 | 7,000.00 | 1.11 |
| Contract Labor | 415.00 | 0.19 | 565.00 | 0.09 |
| Accounting Fees | 1,600.00 | 0.72 | 4,800.00 | 0.76 |
| Legal Fees | 10,000.00 | 4.50 | 15,000.00 | 2.38 |
| Payroll Fees | 950.90 | 0.43 | 2,825.80 | 0.45 |
| Automobile Expense:Auto Fuel | 99.68 | 0.04 | 173.82 | 0.03 |
| Bank Fees | 11.64 | 0.01 | 159.73 | 0.03 |
| Credit Card Fees | 4,508.70 | 2.03 | 13,674.75 | 2.17 |
| Charitible Contributions | 0.00 | 0.00 | 855.00 | 0.14 |
| Dues and Subscriptions | 475.95 | 0.21 | 1,757.16 | 0.28 |
| Insurance Expense | 0.00 | 0.00 | 8,282.83 | 1.32 |
| Insurance Expense:General Liability Ins. | 0.00 | 0.00 | 32,754.06 | 5.20 |
| Insurance Expense:Life Insurance | 911.60 | 0.41 | 2,734.80 | 0.43 |
| Insurance Expense:Worker's Compensation | 1,559.57 | 0.70 | 1,559.57 | 0.25 |
| Licenses and Permits | 0.00 | 0.00 | 100.00 | 0.02 |
| Miscellaneous Expense | 390.05 | 0.18 | 417.10 | 0.07 |
| Office Supplies & Printing | 193.35 | 0.09 | 927.23 | 0.15 |
| Security Alarm | 0.00 | 0.00 | 941.70 | 0.15 |
| Meals | 317.31 | 0.14 | 597.68 | 0.09 |
| Travel Expense | 300.90 | 0.14 | 1,514.87 | 0.24 |
| Total Administrative | 21,734.65 | 0.10 | 96,641.10 | 15.34 |
| | | | | |
| Marketing | | | | |
| Marketing | 453.44 | 0.20 | 453.44 | 0.07 |
| Advertising | 603.97 | 0.27 | 908.73 | 0.14 |
| IT Services | 38.38 | 0.02 | 115.14 | 0.02 |
| Total Marketing | 1,095.79 | 0.49 | 1,477.31 | 0.23 |
| | | | | |
| Utilities | | | | |
| Electricity | 3,351.11 | 1.51 | 9,095.97 | 1.44 |
| Gas | 874.16 | 0.39 | 2,410.29 | 0.38 |
| Co2 Gas | 476.72 | 0.21 | 1,124.46 | 0.18 |
| Telephone & Internet | 997.15 | 0.45 | 1,585.29 | 0.25 |
| Total Utilities | 5,699.14 | 2.57 | 14,216.01 | 2.26 |
| | | | | |
| Repairs & Maintenance | | | | |
| Entertainment | 0.00 | 0.00 | 62.99 | 0.01 |
| REPAIRS AND MAINTENANCE | 3,489.81 | 1.57 | 6,779.24 | 1.08 |
| Chemicals | 410.29 | 0.18 | 738.96 | 0.12 |
| Total Repairs & Maintenance | 3,900.10 | 1.76 | 7,581.19 | 1.20 |
| | | | | |
| **Total Other Controllable Expense** | 57,593.33 | 25.93 | 181,087.95 | 28.75 |
| | | | | |
| **Non Controllable Expenses** | | | | |
| Rent | | | | |
| RENT | 18,017.00 | 8.11 | 86,780.00 | 13.78 |
| Total Rent | 18,017.00 | 8.11 | 86,780.00 | 13.78 |

See Accountants' Compilation Report        2

04/26/21
Accrual Basis

# Trophy Hospitality LLC
## Statement of Revenues and Expenses
### For the One Month and Three Months Ended March 31, 2021

|  | 1 Month Ended March 31, 2021 | Percent | 3 Months Ended March 31, 2021 | Percent |
|---|---:|---:|---:|---:|
| **Taxes** | | | | |
| Mix Beverage Tax | 8,463.64 | 0.00 | 24,874.21 | 0.00 |
| Use Tax | 140.58 | 0.00 | 442.70 | 0.00 |
| Total Taxes | 8,604.22 | 0.00 | 25,316.91 | 0.00 |
| Management | | | | |
| **Total Non Controllable Expense** | 26,621.22 | 11.99 | 112,096.91 | 17.80 |
| **EBIDA** | 19,220.84 | 8.65 | 20,449.22 | 3.25 |
| **Dep. & Amort. Exp** | | | | |
| Depreciation Expense | 15,907.21 | 7.16 | 47,721.62 | 7.58 |
| Amortization Expense | 2,239.55 | 1.01 | 6,718.67 | 1.07 |
| **Total Dep. & Amort. Exp** | 18,146.76 | 8.17 | 54,440.29 | 8.64 |
| **Other Income/ Expense-** | | | | |
| Other Income | (18,000.00) | -8.10 | (27,000.00) | -4.29 |
| Timely Filing Discount | (50.82) | -0.02 | (134.26) | -0.02 |
| Interest Expense | 18,009.28 | 8.11 | 27,765.45 | 4.41 |
| **Total Other Income / Expense** | (41.54) | -0.02 | 631.19 | 0.10 |
| **NET INCOME** | 1,115.62 | 0.50 % | (34,622.26) | (5.50) % |

See Accountants' Compilation Report     3