| CFS # | Received | Description |
|---|---|---|
| 21035745 | 4/10/2021 0:31 | CRIMINAL TRESPASS |
| 21033262 | 4/4/2021 0:46 | INTOXICATED PERSON(S) |
| 21033248 | 4/3/2021 23:49 | NOISE DISTURBANCE |
| 21033242 | 4/3/2021 23:35 | INTOXICATED PERSON(S) |
| 21033230 | 4/3/2021 22:55 | NOISE DISTURBANCE |
| 21032887 | 4/3/2021 2:01 | DISTURBANCE |
| 21030455 | 3/27/2021 15:29 | ROBBERY |
| 21030146 | 3/26/2021 18:10 | PARKING COMPLAINT |
| 21029901 | 3/26/2021 0:45 | FIGHT IN PROGRESS |
| 21029489 | 3/25/2021 2:48 | WELFARE CONCERN |
| 21029115 | 3/23/2021 23:07 | THEFT |
| 21023400 | 3/6/2021 18:38 | DISTURBANCE |
| 21023168 | 3/5/2021 23:29 | SUSPICIOUS VEHICLE |
| 21022930 | 3/5/2021 12:47 | INTOXICATED PERSON(S) |
| 21020863 | 2/27/2021 18:57 | PARKING COMPLAINT |
| 21020857 | 2/27/2021 18:46 | PARKING COMPLAINT |
| 21020675 | 2/27/2021 1:44 | PARKING COMPLAINT |
| 21012416 | 2/7/2021 1:47 | INTOXICATED PERSON(S) |
| 21012106 | 2/6/2021 2:17 | INTOXICATED PERSON(S) |
| 21011328 | 2/4/2021 7:06 | BURGLARY ALARM |
| 21009471 | 1/30/2021 1:59 | DISTURBANCE |
| 21007346 | 1/24/2021 2:31 | INTOXICATED PERSON(S) |
| 21007241 | 1/23/2021 19:09 | NOISE DISTURBANCE |
| 21006403 | 1/21/2021 13:01 | THEFT |
| 21004987 | 1/17/2021 1:55 | INTOXICATED PERSON(S) |
| 21002717 | 1/10/2021 0:04 | INTOXICATED PERSON(S) |
| 21002716 | 1/10/2021 0:03 | DISTURBANCE |
| 21002458 | 1/9/2021 1:35 | INJURED PERSON |
| 21002456 | 1/9/2021 1:24 | DISTURBANCE |
| 21000581 | 1/3/2021 2:26 | VIOL. CITY ORD. |
| 21000278 | 1/2/2021 2:02 | DISTURBANCE |
| 21000032 | 1/1/2021 1:41 | WELFARE CONCERN |
| 20117939 | 12/31/2020 23:54 | WELFARE CONCERN |
| 20115139 | 12/21/2020 20:52 | SUSPICIOUS ACTIVITY |
| 20114617 | 12/19/2020 22:44 | VIOL. CITY ORD. |
| 20114605 | 12/19/2020 22:11 | OTHER CALL FOR POLICE |
| 20114594 | 12/19/2020 21:36 | OTHER CALL FOR POLICE |
| 20114508 | 12/19/2020 16:10 | FRAUD |
| 20114481 | 12/19/2020 14:29 | FRAUD |
| 20114365 | 12/19/2020 1:16 | INTOXICATED PERSON(S) |
| 20114350 | 12/19/2020 0:27 | INTOXICATED PERSON(S) |
| 20114034 | 12/17/2020 22:26 | INTOXICATED PERSON(S) |
| 20112645 | 12/13/2020 1:43 | FIGHT IN PROGRESS |
| 20110385 | 12/6/2020 1:44 | INTOXICATED PERSON(S) |
| 20110373 | 12/6/2020 0:32 | ASSAULTS |
| 20110060 | 12/4/2020 23:22 | DISTURBANCE |

| CFS # | Received | Description |
|---|---|---|
| 20108517 | 11/30/2020 15:26 | ASSAULTS |
| 20108047 | 11/29/2020 0:40 | VIOL. CITY ORD. |
| 20107874 | 11/28/2020 12:45 | ASSAULTS |
| 20107764 | 11/28/2020 1:50 | DISTURBANCE |
| 20107747 | 11/28/2020 0:31 | DISTURBANCE |
| 20107726 | 11/27/2020 23:07 | DISTURBANCE |
| 20107195 | 11/25/2020 22:00 | DISTURBANCE |
| 20106212 | 11/22/2020 18:37 | FOLLOW UP INVESTIGATION |
| 20106144 | 11/22/2020 12:20 | FOLLOW UP INVESTIGATION |
| 20106077 | 11/22/2020 3:03 | WELFARE CONCERN |
| 20106059 | 11/22/2020 1:48 | WELFARE CONCERN |
| 20105101 | 11/18/2020 22:48 | NOISE DISTURBANCE |
| 20104228 | 11/16/2020 11:18 | HIT & RUN |
| 20104130 | 11/16/2020 4:07 | BURGLARY ALARM |
| 20104016 | 11/15/2020 17:05 | NOISE DISTURBANCE |
| 20103889 | 11/15/2020 4:51 | BURGLARY ALARM |
| 20103817 | 11/14/2020 22:32 | NOISE DISTURBANCE |
| 20103578 | 11/14/2020 5:14 | BURGLARY ALARM |
| 20101259 | 11/7/2020 0:55 | DRUGS/PARAPHERNALIA POSSESSION |
| 20099702 | 11/2/2020 1:16 | FOLLOW UP INVESTIGATION |
| 20099668 | 11/1/2020 20:03 | INTOXICATED PERSON(S) |
| 20099612 | 11/1/2020 16:05 | BURGLARY OF BUILDING |
| 20097317 | 10/24/2020 17:47 | CIVIL MATTER |
| 20097132 | 10/24/2020 1:57 | INTOXICATED PERSON(S) |
| 20095241 | 10/17/2020 22:49 | NOISE DISTURBANCE |
| 20095221 | 10/17/2020 21:18 | JUVENILE PROBLEM |
| 20093911 | 10/13/2020 22:49 | NOISE DISTURBANCE |
| 20093497 | 10/12/2020 15:25 | ABANDONED/FOUND PROPERTY |
| 20093133 | 10/11/2020 11:59 | CRIME WATCH ACTIVITY |
| 20093128 | 10/11/2020 11:42 | OTHER CALL FOR POLICE |
| 20093025 | 10/10/2020 23:31 | NOISE DISTURBANCE |
| 20092730 | 10/10/2020 0:12 | PARKING COMPLAINT |
| 20092720 | 10/9/2020 23:09 | OTHER CALL FOR POLICE |
| 20092715 | 10/9/2020 22:52 | NOISE DISTURBANCE |
| 20092571 | 10/9/2020 15:42 | FOLLOW UP INVESTIGATION |
| 20090652 | 10/4/2020 1:47 | FIGHT IN PROGRESS |
| 20090630 | 10/3/2020 23:47 | NOISE DISTURBANCE |
| 20090362 | 10/3/2020 4:29 | SUSPICIOUS VEHICLE |
| 20090353 | 10/3/2020 2:42 | INJURED PERSON |
| 20090351 | 10/3/2020 2:28 | INJURED PERSON |
| 20090350 | 10/3/2020 2:24 | DISTURBANCE |
| 20089960 | 10/1/2020 23:45 | NOISE DISTURBANCE |
| 20088270 | 9/27/2020 2:08 | INTOXICATED PERSON(S) |
| 20088238 | 9/26/2020 23:07 | NOISE DISTURBANCE |
| 20087991 | 9/26/2020 2:12 | FIGHT IN PROGRESS |
| 20087990 | 9/26/2020 2:05 | INTOXICATED PERSON(S) |

| CFS # | Received | Description |
| --- | --- | --- |
| 20087953 | 9/25/2020 23:47 | NOISE DISTURBANCE |
| 20087936 | 9/25/2020 22:44 | NOISE DISTURBANCE |
| 20086074 | 9/20/2020 3:24 | CRIMINAL MISCHIEF |
| 20086072 | 9/20/2020 3:15 | CRIMINAL MISCHIEF |
| 20086068 | 9/20/2020 2:41 | DISTURBANCE |
| 20086028 | 9/19/2020 23:28 | FIGHT IN PROGRESS |
| 20083128 | 9/12/2020 2:08 | DISTURBANCE |
| 20083000 | 9/11/2020 15:22 | FOLLOW UP INVESTIGATION |
| 20082801 | 9/11/2020 1:59 | DISTURBANCE |
| 20081348 | 9/6/2020 0:13 | NOISE DISTURBANCE |
| 20081323 | 9/5/2020 22:24 | INTOXICATED PERSON(S) |
| 20081322 | 9/5/2020 22:20 | INTOXICATED PERSON(S) |
| 20080336 | 9/2/2020 22:31 | NOISE DISTURBANCE |
| 20078856 | 8/29/2020 1:38 | FIGHT IN PROGRESS |
| 20078850 | 8/29/2020 1:13 | INTOXICATED PERSON(S) |
| 20078847 | 8/29/2020 1:02 | OTHER CALL FOR POLICE |
| 20078837 | 8/29/2020 0:18 | INTOXICATED PERSON(S) |
| 20078834 | 8/29/2020 0:11 | OTHER CALL FOR POLICE |
| 20078831 | 8/28/2020 23:53 | INTOXICATED PERSON(S) |
| 20076572 | 8/22/2020 0:17 | NOISE DISTURBANCE |
| 20076571 | 8/22/2020 0:13 | FLAG DOWN |
| 20074806 | 8/16/2020 18:56 | DISTURBANCE |
| 20074606 | 8/16/2020 2:13 | INTOXICATED PERSON(S) |
| 20074599 | 8/16/2020 1:29 | ABANDONED/FOUND PROPERTY |
| 20074591 | 8/16/2020 0:56 | CRIMINAL TRESPASS |
| 20074579 | 8/16/2020 0:16 | CRIMINAL TRESPASS |
| 20074575 | 8/15/2020 23:58 | OTHER CALL FOR POLICE |
| 20074556 | 8/15/2020 22:22 | CRIME WATCH ACTIVITY |
| 20074287 | 8/15/2020 1:53 | DRUGS/PARAPHERNALIA POSSESSION |
| 20074269 | 8/15/2020 0:51 | INTOXICATED PERSON(S) |
| 20074261 | 8/15/2020 0:30 | OTHER CALL FOR POLICE |
| 20073938 | 8/14/2020 2:16 | FIGHT IN PROGRESS |
| 20073930 | 8/14/2020 1:23 | DISTURBANCE |
| 20073575 | 8/12/2020 23:31 | DISTURBANCE |
| 20072247 | 8/9/2020 2:01 | CRIME WATCH ACTIVITY |
| 20071648 | 8/7/2020 2:44 | INTOXICATED PERSON(S) |
| 20071614 | 8/6/2020 23:41 | JUVENILE PROBLEM |
| 20071291 | 8/6/2020 2:26 | FOLLOW UP INVESTIGATION |
| 20071275 | 8/6/2020 0:46 | DISTURBANCE |
| 20070163 | 8/2/2020 14:08 | CRIME WATCH ACTIVITY |
| 20070071 | 8/2/2020 2:03 | INTOXICATED PERSON(S) |
| 20070070 | 8/2/2020 2:02 | INTOXICATED PERSON(S) |
| 20070068 | 8/2/2020 1:50 | OTHER CALL FOR POLICE |
| 20070067 | 8/2/2020 1:47 | FIGHT IN PROGRESS |
| 20070053 | 8/2/2020 0:49 | INTOXICATED PERSON(S) |
| 20070020 | 8/1/2020 22:06 | VIOL. CITY ORD. |

| CFS # | Received | Description |
| --- | --- | --- |
| 20069782 | 8/1/2020 2:17 | THEFT |
| 20069768 | 8/1/2020 0:58 | INTOXICATED PERSON(S) |
| 20069765 | 8/1/2020 0:40 | INTOXICATED PERSON(S) |
| 20068100 | 7/26/2020 15:50 | WEAPONS OFFENSE |
| 20067634 | 7/25/2020 2:42 | THEFT |
| 20067632 | 7/25/2020 2:18 | DISTURBANCE |
| 20067630 | 7/25/2020 2:09 | DISTURBANCE |
| 20067611 | 7/25/2020 0:13 | DISTURBANCE |
| 20067097 | 7/23/2020 15:41 | FOLLOW UP INVESTIGATION |
| 20066053 | 7/20/2020 1:36 | ASSAULTS |
| 20066052 | 7/20/2020 1:36 | ASSAULTS |
| 20066048 | 7/20/2020 1:02 | FIGHT IN PROGRESS |
| 20065561 | 7/18/2020 1:01 | INTOXICATED PERSON(S) |
| 20065559 | 7/18/2020 0:56 | INTOXICATED PERSON(S) |
| 20065555 | 7/18/2020 0:41 | VIOL. CITY ORD. |
| 20065408 | 7/17/2020 15:27 | FOLLOW UP INVESTIGATION |
| 20063651 | 7/11/2020 21:32 | NOISE DISTURBANCE |
| 20062653 | 7/8/2020 13:55 | FOLLOW UP INVESTIGATION |
| 20061753 | 7/5/2020 0:59 | NOISE DISTURBANCE |
| 20061728 | 7/4/2020 23:58 | NOISE DISTURBANCE |
| 20061359 | 7/4/2020 8:49 | FOLLOW UP INVESTIGATION |
| 20061333 | 7/4/2020 2:55 | OTHER CALL FOR POLICE |
| 20060941 | 7/2/2020 22:59 | VIOL. CITY ORD. |
| 20056026 | 6/17/2020 8:08 | BURGLARY ALARM |
| 20052791 | 6/7/2020 22:31 | NOISE DISTURBANCE |
| 20050547 | 5/31/2020 20:57 | NOISE DISTURBANCE |
| 20050308 | 5/30/2020 23:32 | NOISE DISTURBANCE |
| 20028786 | 3/13/2020 18:32 | NOISE DISTURBANCE |
| 20027632 | 3/10/2020 21:03 | NOISE DISTURBANCE |
| 20022760 | 2/27/2020 15:17 | FRAUD |
| 20016556 | 2/13/2020 0:13 | SUSPICIOUS PERSON(S) |
| 20008079 | 1/22/2020 22:17 | THEFT |
| 19143671 | 12/18/2019 20:48 | PARKING COMPLAINT |
| 19126097 | 11/4/2019 11:26 | CIVIL MATTER |
| 19121206 | 10/22/2019 21:00 | INJURED PERSON |
| 19120386 | 10/20/2019 21:52 | PARKING COMPLAINT |