# Exhibit No. 8

**March 14, 2021 Deposition Transcript of Trophy Hospitality Representative**
(To be provided once transcribed)