**Trophy Hospitality LLC**
**Income Statement**
**12 Month Comparison for 2021**

| | 06/30/20 | 07/31/20 | 08/31/20 | 09/30/20 | 10/31/20 | 11/30/20 | 12/31/20 | 01/31/20 | 02/28/21 | 03/31/21 | 04/30/21 | 05/31/21 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| Alcohol (Other) | 3,800.00 | 3,500.00 | 3,500.00 | 2,000.00 | 6,000.00 | 6,700.00 | 8,000.00 | 5,000.00 | 2,000.00 | 2,500.00 | 2,500.00 | 4,500.00 | 50,000.00 |
| Beer Sales | 25,000.00 | 28,000.00 | 28,000.00 | 25,000.00 | 35,000.00 | 35,000.00 | 40,000.00 | 29,000.00 | 20,000.00 | 25,000.00 | 27,000.00 | 27,000.00 | 344,000.00 |
| Liquor Sales | 84,000.00 | 140,700.00 | 160,000.00 | 190,000.00 | 165,000.00 | 170,000.00 | 185,000.00 | 123,000.00 | 85,000.00 | 125,000.00 | 135,000.00 | 150,000.00 | 1,712,700.00 |
| Wine Sales | 6,000.00 | 6,000.00 | 5,000.00 | 5,000.00 | 10,000.00 | 15,000.00 | 20,000.00 | 10,000.00 | 7,000.00 | 8,000.00 | 8,000.00 | 9,000.00 | 109,000.00 |
| Mocktails Sales | 680.00 | 550.00 | 550.00 | 890.00 | 900.00 | 900.00 | 550.00 | 1,200.00 | 1,200.00 | 550.00 | 550.00 | 680.00 | 9,200.00 |
| Comp Sales: Alcohol (Other) | 300.00 | 600.00 | 600.00 | 1,000.00 | 1,500.00 | 1,500.00 | 2,000.00 | 1,400.00 | 200.00 | 400.00 | 600.00 | 600.00 | 10,700.00 |
| Comp Sales:Liquor | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,500.00 | 3,000.00 | 4,000.00 | 3,800.00 | 600.00 | 800.00 | 800.00 | 800.00 | 19,300.00 |
| Comp Sales:Beer | 2,000.00 | 300.00 | 600.00 | 600.00 | 500.00 | 500.00 | 500.00 | 2,400.00 | 500.00 | 500.00 | 500.00 | 500.00 | 9,400.00 |
| Beverages | 1,500.00 | 1,300.00 | 1,300.00 | 1,300.00 | 2,500.00 | 2,600.00 | 3,000.00 | 1,500.00 | 1,000.00 | 2,000.00 | 2,100.00 | 3,000.00 | 23,100.00 |
| Food Sales | 71,792.00 | 73,820.00 | 81,340.00 | 108,876.00 | 89,760.00 | 98,480.00 | 109,420.00 | 78,000.00 | 47,280.00 | 73,820.00 | 76,820.00 | 90,072.00 | 999,480.00 |
| Gaming | 4,500.00 | 4,500.00 | 4,500.00 | 3,000.00 | 5,000.00 | 6,000.00 | 6,000.00 | 5,000.00 | 3,000.00 | 3,500.00 | 4,000.00 | 4,000.00 | 53,000.00 |
| Comp Sales: Wine | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| Comp Sales: Beverages | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 150.00 | 150.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,300.00 |
| Comp Sales: Food | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 5,000.00 | 5,000.00 | 1,000.00 | 1,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | 32,000.00 |
| Comp Sales: Gaming | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 800.00 | 800.00 | 700.00 | 400.00 | 400.00 | 400.00 | 400.00 | 5,900.00 |
| Fee Income | 3,100.00 | 3,500.00 | 5,000.00 | 3,500.00 | 4,500.00 | 4,300.00 | 4,600.00 | 4,300.00 | 2,000.00 | 1,500.00 | 1,500.00 | 2,000.00 | 39,800.00 |
| Comp Sales: Fee Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Sales** | **206,872.00** | **266,970.00** | **294,590.00** | **345,366.00** | **325,360.00** | **350,130.00** | **389,220.00** | **266,600.00** | **171,480.00** | **246,770.00** | **262,570.00** | **295,352.00** | **3,421,280.00** |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Comps Expense: Alcohol (Other) | 90.00 | 180.00 | 180.00 | 300.00 | 450.00 | 450.00 | 600.00 | 470.00 | 60.00 | 120.00 | 180.00 | 180.00 | 3,260.00 |
| Comp Expense: Food | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 1,500.00 | 1,500.00 | 300.00 | 300.00 | 750.00 | 750.00 | 750.00 | 9,600.00 |
| Comp Expense: Gaming | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food Cost | 22,255.00 | 22,884.00 | 25,215.00 | 33,752.00 | 27,825.00 | 30,528.00 | 33,920.00 | 23,000.00 | 14,656.00 | 22,884.00 | 23,814.00 | 27,922.00 | 308,655.00 |
| Liquor | 15,120.00 | 25,326.00 | 28,800.00 | 34,200.00 | 29,700.00 | 32,400.00 | 35,100.00 | 24,000.00 | 15,300.00 | 26,100.00 | 27,000.00 | 32,400.00 | 325,446.00 |
| Beer | 5,000.00 | 5,600.00 | 5,600.00 | 5,000.00 | 7,000.00 | 7,000.00 | 8,000.00 | 5,800.00 | 4,000.00 | 5,000.00 | 5,400.00 | 5,400.00 | 68,800.00 |
| Wine | 1,500.00 | 1,500.00 | 1,250.00 | 1,250.00 | 2,500.00 | 3,750.00 | 5,000.00 | 2,500.00 | 1,750.00 | 2,000.00 | 2,000.00 | 2,250.00 | 27,250.00 |
| Comp Expense: Beer | 400.00 | 60.00 | 120.00 | 120.00 | 100.00 | 100.00 | 100.00 | 480.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,880.00 |
| Comp Expense: Liquor | 180.00 | 180.00 | 180.00 | 180.00 | 270.00 | 540.00 | 720.00 | 684.00 | 108.00 | 144.00 | 144.00 | 144.00 | 3,474.00 |
| Comp Expense: Wine | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 720.00 |
| Comp Expense: Beverages | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 15.00 | 15.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 130.00 |
| NA Beverage Cost | 2,000.00 | 1,200.00 | 1,370.00 | 1,328.00 | 1,158.00 | 1,550.00 | 790.00 | 399.00 | 560.00 | 380.00 | 1,121.00 | 789.00 | 12,645.00 |
| Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Salary & Wages:Salary | 10,343.00 | 13,350.00 | 14,754.00 | 17,268.00 | 16,268.00 | 18,006.00 | 19,961.00 | 13,350.00 | 8,574.00 | 13,350.00 | 13,878.00 | 16,267.00 | 175,369.00 |
| Salary & Wages:Hourly | 31,030.00 | 40,000.00 | 44,262.00 | 51,804.00 | 48,804.00 | 54,019.00 | 59,883.00 | 40,050.00 | 25,722.00 | 39,870.00 | 41,635.00 | 48,802.00 | 525,881.00 |
| Salary & Wages: Bonus | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 18,000.00 |
| Labor Cost:Contract Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,000.00 |
| **Total Cost of Goods Sold** | **90,238.00** | **112,600.00** | **124,051.00** | **147,522.00** | **136,395.00** | **151,418.00** | **167,149.00** | **126,603.00** | **72,700.00** | **112,268.00** | **117,592.00** | **136,574.00** | **1,495,110.00** |
| **Gross Profit** | **116,634.00** | **154,370.00** | **170,539.00** | **197,844.00** | **188,965.00** | **198,712.00** | **222,071.00** | **139,997.00** | **98,780.00** | **134,502.00** | **144,978.00** | **158,778.00** | **1,926,170.00** |
| **Operating Expenses** | | | | | | | | | | | | | |

| Item | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Taxes:FICA 7.67% | 3,144.00 | 4,199.00 | 4,602.00 | 5,215.00 | 4,900.00 | 5,522.00 | 6,136.00 | 4,199.00 | 2,584.00 | 4,065.00 | 4,178.00 | 4,755.00 | 53,499.00 |
| Payroll Taxes:FUTA avg | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| Payroll Taxes:SUI avg | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 20,400.00 |
| Propane Delivery | 1,300.00 | 900.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,700.00 |
| Equipment Lease | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| Linen | 302.00 | 302.00 | 302.00 | 302.00 | 450.00 | 600.00 | 550.00 | 302.00 | 302.00 | 302.00 | 302.00 | 302.00 | 4,318.00 |
| POS | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 13,200.00 |
| Computer Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| Smallwares & Operating Supplies | 3,000.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 12,000.00 |
| Uniform | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| Valet Parking | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| Bands and Musicians | 4,000.00 | 4,500.00 | 3,000.00 | 3,000.00 | 3,000.00 | 5,000.00 | 7,000.00 | 2,000.00 | 3,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 46,500.00 |
| Direct TV | 457.00 | 457.00 | 457.00 | 457.00 | 457.00 | 457.00 | 457.00 | 457.00 | 457.00 | 457.00 | 457.00 | 457.00 | 5,484.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees: IT Consulting Expense | 2,000.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,800.00 | 200.00 | 200.00 | 5,800.00 |
| Advertising | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 60,000.00 |
| IT Services | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| Electricity | 1,500.00 | 2,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,700.00 | 2,000.00 | 1,400.00 | 1,500.00 | 1,700.00 | 2,000.00 | 2,000.00 | 20,300.00 |
| Gas | 600.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 600.00 | 600.00 | 450.00 | 6,570.00 |
| Co2 Gas | 250.00 | 240.00 | 240.00 | 240.00 | 240.00 | 330.00 | 850.00 | 180.00 | 240.00 | 240.00 | 240.00 | 240.00 | 3,530.00 |
| Telephone & Internet | 977.00 | 977.00 | 977.00 | 977.00 | 977.00 | 977.00 | 977.00 | 977.00 | 977.00 | 977.00 | 977.00 | 977.00 | 11,724.00 |
| ADMINISTRATIVE | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 6,000.00 |
| Contract Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,100.00 |
| Accounting Fees | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 19,200.00 |
| Legal Fees | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 36,000.00 |
| Payroll Fees | 815.00 | 742.00 | 860.00 | 890.00 | 1,090.00 | 1,090.00 | 1,090.00 | 700.00 | 769.00 | 860.00 | 860.00 | 790.00 | 10,556.00 |
| Consulting Fees | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 10,800.00 |
| Recruiting Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Automobile Expense | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 |
| Automobile Expense:Auto Fuel | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 960.00 |
| Bank Fees | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 600.00 |
| Credit Card Fees | 4,189.00 | 5,988.00 | 4,009.00 | 4,299.00 | 5,100.00 | 4,387.00 | 5,390.00 | 4,701.00 | 3,890.00 | 4,300.00 | 4,990.00 | 4,896.00 | 56,139.00 |
| Charitible Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 |
| Dues and Subscriptions | 760.00 | 760.00 | 760.00 | 760.00 | 760.00 | 760.00 | 760.00 | 760.00 | 760.00 | 760.00 | 760.00 | 760.00 | 9,120.00 |
| Insurance Expense WORK COMP | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 5,088.00 |
| Insurance Expense:General Liability Ins. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33,000.00 |
| Insurance Expense:Life Insurance | 991.00 | 991.00 | 991.00 | 991.00 | 991.00 | 991.00 | 991.00 | 991.00 | 991.00 | 991.00 | 991.00 | 991.00 | 11,892.00 |
| Waste | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 16,800.00 |
| Office Supplies & Printing | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| Security Alarm | 456.00 | 456.00 | 456.00 | 456.00 | 456.00 | 456.00 | 456.00 | 456.00 | 456.00 | 456.00 | 456.00 | 456.00 | 5,472.00 |
| Meals | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| Entertainment | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,200.00 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REPAIRS AND MAINTENANCE | 0.00 | 3,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 4,000.00 | 2,500.00 | 2,500.00 | 29,500.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building and Interior | | 0.00 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | | 2,600.00 |
| Window Cleaning | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | | 3,240.00 |
| Refrigeration / AC Repair | 1,500.00 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | | 2,700.00 |
| Chemicals | 520.00 | 500.00 | 500.00 | 500.00 | 600.00 | 600.00 | 580.00 | 300.00 | 300.00 | 450.00 | 500.00 | 500.00 | | 5,850.00 |
| RENT | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | 34,000.00 | | 408,000.00 |
| Mix Beverage Tax | 10,230.00 | 11,200.00 | 14,600.00 | 17,000.00 | 16,000.00 | 17,820.00 | 19,000.00 | 13,000.00 | 8,500.00 | 13,000.00 | 11,000.00 | 16,000.00 | | 167,350.00 |
| Use Tax | 7,750.00 | 8,500.00 | 11,600.00 | 13,000.00 | 12,000.00 | 13,500.00 | 14,500.00 | 9,000.00 | 6,000.00 | 9,000.00 | 8,000.00 | 12,000.00 | | 124,850.00 |
| Franchise Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 | | 4,800.00 |
| **Total Operating Expenses** | **96,165.00** | **103,976.00** | **101,518.00** | **107,851.00** | **103,785.00** | **144,034.00** | **74,447.00** | **107,087.00** | **87,490.00** | **102,382.00** | **96,435.00** | **108,498.00** | | 1,233,668.00 |
| **Operating Income (Loss)** | 20,469.00 | 50,394.00 | 69,021.00 | 89,993.00 | 85,180.00 | 54,678.00 | 147,624.00 | 32,910.00 | 11,290.00 | 32,120.00 | 48,543.00 | 50,280.00 | | 692,502.00 |

**PLAN PAYMENTS**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | 12752 | 12752 | 12752 | 12752 | 12752 | 12752 | 12752 | 12752 | 12752 | 12752 | 12752 | 12752 | 153024 |
| Taxes | 1017 | 1017 | 1017 | 1017 | 1017 | 1017 | 1017 | 1017 | 1017 | 1017 | 1017 | 1017 | 12204 |
| Comptroller | 2535 | 2535 | 2535 | 2535 | 2535 | 2535 | 2535 | 2535 | 2535 | 2535 | 2535 | 2535 | 30420 |
| celtic bank | 5661 | 5661 | 5661 | 5661 | 5661 | 5661 | 5661 | 5661 | 5661 | 5661 | 5661 | 5661 | 67932 |
| Unsecured | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 30000 |
| | 24465 | 24465 | 24465 | 24465 | 24465 | 24465 | 24465 | 24465 | 24465 | 24465 | 24465 | 24465 | 293580 |