| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 21-40512<br>Eastern District of Texas<br>Sherman<br>Thu Apr  8 17:27:14 CDT 2021 | Aramak Uniform Services<br>P.O. Box 731676<br>Dallas, TX 75373-1676 | Bigs Investment Holdings, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 |
| Blue Star Frisco, LP<br>8000 Warren Parkway<br>Building 1, Suite 100<br>Frisco, TX 75034-2231 | Celtic Bank<br>268 S State Street<br>Suite 300<br>Salt Lake City, UT 84111-5314 | Eric A. Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 |
| (p)PURELY MEAT COMPANY<br>4345 W DIVISION STREET<br>CHICAGO IL 60651-1714 | Sani Servant<br>3100 E Meadows<br>Mesquite, TX 75150 | Shiloh Oak Investment, LLC<br>c/o Travis Richard<br>5335 Spring V alley<br>Dallas, TX 75254-3009 |
| Small Business Admin<br>PO Box 3918<br>Portland, OR 97208-3918 | Trophy Hospitality, LLC<br>3351 Waverly Drive<br>Celina, TX 75009-1501 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Wade Electric<br>7217 Parwelk<br>Dallas, TX 75235 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Purely Meat Company
4345 W Division
Chicago, IL 60651

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fix A Drip

End of Label Matrix
Mailable recipients    13
Bypassed recipients     1
Total                  14