IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE § | |
| § | |
| TROPHY HOSPITALITY, LLC. § | Case no. 21-40512-11 |
| § | |
| DEBTOR § | |

ORDER APPROVING AGREEMENT PURSUANT TO BANKRUPTCY RULE 4001(D)

CAME ON to be considered this day the Motion of Trophy Hospitality, LLC ("Debtor") and Blue Star Frisco Retail, LLC ("Blue Star") for Approval of an Agreement Pursuant to Bankruptcy Rule 4001(d). The Court having reviewed the pleading is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the Agreement Pursuant to Bankruptcy Rule 4001(d) between the Debtors and Blue Star is approved.