Label Matrix for local noticing
0540-4
Case 21-40512
Eastern District of Texas
Sherman
Wed Jul 28 11:01:11 CDT 2021

Aramak Uniform Services
P.O. Box 731676
Dallas, TX 75373-1676

Bigs Investment Holdings, LLC
c/o Travis Richard
5335 Spring Valley
Dallas, TX 75254-3009

Bigs Investments Holdings, LLC
c/o Travis Richard
5335 Spring Valley
Dallas, TX 75254-3009

Blue Star Frisco Retail, LLC
1 Cowboys Way, Ste. 100
Frisco, TX 75034-1977

Blue Star Frisco Retail, LLC
c/o Michael D. Warner, Esq.
440 Louisiana St., Ste. 900
Houston, TX 77002-1062

Blue Star Frisco, LP
8000 Warren Parkway
Building 1, Suite 100
Frisco, TX 75034-2231

Blue Star Frisco, LP
1 Cowboys Way, Suite 100
Frisco, TX 75034-1977

Celtic Bank
268 S. State St., Ste. 300
Salt Lake City, UT 84111-5314

City of Frisco
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

City of Frisco
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Fix A Drip
8732 Ukiah
Dallas, TX 75227-8224

Freshpoint
4721 Simonton
Dallas, TX 75244-5316

Frisco ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 310, LB 40
Garland, TX 75042-8234

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

(p)PURELY MEAT COMPANY
4345 W DIVISION STREET
CHICAGO IL 60651-1714

Linda Reece
1919 S. Shiloh Road, Suite 310, LB 40
Garland, TX 75042-8234

Scott SEIDEL (SBRA V)
Sub V Chapter Trustee
6505 West Park Boulevard
Ste. 306
Plano, TX 75093-6212

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

Sani Servant
3100 E Meadows
Mesquite, TX 75150

Seidel Scott
Chapter 7 Trustee
6505 W. Park Blvd.
Plano, TX 75093-6208

Callan Clark Searcy
Texas Attorney General
300 W. 15th Street, Mail MC-008
78701
Austin, TX 78701-1649

Shiloh Oak Investment, LLC
c/o Travis Richard
5335 Spring Valley
Dallas, TX 75254-3009

Shiloh Oak Investment, LLC
c/o Travis Richard
5335 Spring V alley
Dallas, TX 75254-3009

Small Business Admin
P.O. Box 3918
Portland, OR 97208-3918

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Texas Comptroller of Public Accounts, Revenu
Callan Searcy
c/o Sherri K. Simpson, Paralegal
PO Box 12548
Austin, TX 78711-2548

Trophy Hospitality, LLC
3351 Waverly Drive
Celina, TX 75009-1501

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702-7231

Wade Electric
7217 Parwelk
Dallas, TX 75235

Michael D. Warner
Pachulski Stang Ziehl & Jones LLP
440 Louisiana Street
Suite 900
Houston, TX 77002-1062

Waste Management
1001 Fannin
Houston, TX 77002-6717

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Purely Meat Company
4345 W Division
Chicago, IL 60651

(d)Purely Meat Company
4345 W Division
Chicago, IL 60651

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Aramak Uniform Services
P.O. Box 731676
Dallas, TX 75373-1676

(d)Celtic Bank
268 S State Street
Suite 300
Salt Lake City, UT 84111-5314

(d)Fix A Drip
8732 Ukiah
Dallas, TX 75227-8224

(d)Frisco ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 310, LB 40
Garland, TX 75042-8234

(d)Small Business Admin
PO Box 3918
Portland, OR 97208-3918

(d)Wade Electric
7217 Parwelk
Dallas, TX 75235

End of Label Matrix
Mailable recipients    34
Bypassed recipients     6
Total                  40