Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| TROPHY HOSPITALITY, LLC. § | Case no. 21-40512-11 | |
| § | | |
| § | | |
| § | CHAPTER 11 | |
| DEBTOR § | | |

MOTION FOR SETTING AND REQUEST FOR EMERGENCY HEARING ON JOINT
MOTION TO APPROVE 4001 AGREEMENT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Trophy Hospitality, LLC, ("Debtor") and files this its Request for Emergency Hearing on the Joint Motion to Approve 4001 Agreement ("Motion") and in support thereof would respectfully show unto the Court as follows:.

1. The Debtor operates a restaurant in Frisco, Texas in an entertainment district known as "The Star".

2. The Debtor's bankruptcy was primarily the result of a dispute between the Debtor and its Landlord.

3. The Landlord has filed a Motion to Lift the Automatic Stay or To Determine the

Lease with the Debtor had terminated pre-petition.

4. As a result of extensive negotiations, the parties reached an agreement on the Lease.

5. The terms of the Agreement were reduced to writing and a Joint Motion to Approve the 4001(d) Agreement ("Original Joint Motion") was filed of record on July 7, 2021 and amended on July 8, 2021.

6. The Original Joint Motion was served on all parties on the matrix attached to the Joint Motion. However, the matrix attached did not include certain parties who had filed a Notice of Appearance in the case.

7. No objections to the Joint Motion were filed.

8. On July 28, 2021 the Court entered an Order Dismissing the Original Joint Motion for failure to serve all parties who had entered in appearance in the case.

9. The Debtor on July 28, 2021 did re-file the Joint Motion ("Amended Motion").

10. The Debtor requests that the Amended Joint Motion be heard on an expedited basis because pursuant to the local rules, the parties who filed a Notice of Appearance received the Original Joint Motion via ECF and that is deemed to be good service on those parties.

11. As set forth above there were no objections to the Original Joint Motion.

12. The Debtor has filed a Plan of Reorganization ("Plan") and one of the linchpins of the Plan is the ability to remain in operations under the Lease.

13. The Amended Joint Motion provides the Debtor will the ability to do so and also provides the Landlord with certain payments in accordance with the Lease and the agreement between the parties.

14. The Debtor would show that the Original Joint Motion was served upon all creditors

and those who did not get the Original Joint Motion in the mail from the Debtor did receive the Original Joint Motion via ECF and did not object to its terms.

15. Both the Debtor and the Landlord would show the entered into the Original Joint Motion is good faith and the approval of the Amended Joint Motion as expeditiously as possible is in the best interests of the Debtor, the Landlord and all creditors of the estate.

16. Debtor seeks an expedited hearing on before August 6, 2021 so that Debtor can maintain operations and move forward with its Plan.

Respectfully submitted,

\_\_/s/ Eric Liepins_____
ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors on the attached matrix on this the 29th day of July 2021.

\_\_/s/ Eric Liepins_____
Eric A. Liepins