IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| TROPHY HOSPITALITY, LLC. | § | Case no. 21-40512-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON MOTION FOR SETTING AND REQUEST FOR EMERGENCY HEARING ON MOTION TO APPROVE 4001 AGREEMENT

CAME ON to be considered this day the Motion of Trophy Hospitality, LLC. ("Debtor") Emergency Hearing on the Joint Motion to Approve 4001 Agreement ("Motion"). The Court having reviewed th pleading is of the opinion the Motion is well founded and should be Granted. It is accordingly,

**IT IS THEREFORE ORDERED** that the request for emergency hearing is **GRANTED** and that a hearing on Joint Motion to Approve 4001 Agreement shall be held on _____, 2021, at _____ o'clock _.m. in the Courtroom of the United States Bankruptcy Court, _____, TX..

**IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduling hearing.

.