| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 21-40512<br>Eastern District of Texas<br>Sherman<br>Wed Jul 28 11:01:11 CDT 2021 | Aramak Uniform Services<br>P.O. Box 731676<br>Dallas, TX 75373-1676 | Bigs Investment Holdings, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 |
| Bigs Investments Holdings, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 | Blue Star Frisco Retail, LLC<br>1 Cowboys Way, Ste. 100<br>Frisco, TX 75034-1977 | Blue Star Frisco Retail, LLC<br>c/o Michael D. Warner, Esq.<br>440 Louisiana St., Ste. 900<br>Houston, TX 77002-1062 |
| Blue Star Frisco, LP<br>8000 Warren Parkway<br>Building 1, Suite 100<br>Frisco, TX 75034-2231 | Blue Star Frisco, LP<br>1 Cowboys Way, Suite 100<br>Frisco, TX 75034-1977 | Celtic Bank<br>268 S. State St., Ste. 300<br>Salt Lake City, UT 84111-5314 |
| City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |
| Fix A Drip<br>8732 Ukiah<br>Dallas, TX 75227-8224 | Freshpoint<br>4721 Simonton<br>Dallas, TX 75244-5316 | Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 |
| Eric A. Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | (p)PURELY MEAT COMPANY<br>4345 W DIVISION STREET<br>CHICAGO IL 60651-1714 | Linda Reece<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 |
| Scott SEIDEL (SBRA V)<br>Sub V Chapter Trustee<br>6505 West Park Boulevard<br>Ste. 306<br>Plano, TX 75093-6212 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Sani Servant<br>3100 E Meadows<br>Mesquite, TX 75150 |
| Seidel Scott<br>Chapter 7 Trustee<br>6505 W. Park Blvd.<br>Plano, TX 75093-6208 | Callan Clark Searcy<br>Texas Attorney General<br>300 W. 15th Street, Mail MC-008<br>78701<br>Austin, TX 78701-1649 | Shiloh Oak Investment, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 |
| Shiloh Oak Investment, LLC<br>c/o Travis Richard<br>5335 Spring V alley<br>Dallas, TX 75254-3009 | Small Business Admin<br>P.O. Box 3918<br>Portland, OR 97208-3918 | Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| Texas Comptroller of Public Accounts, Revenu<br>Callan Searcy<br>c/o Sherri K. Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 | Trophy Hospitality, LLC<br>3351 Waverly Drive<br>Celina, TX 75009-1501 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |

| | | |
|---|---|---|
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Wade Electric<br>7217 Parwelk<br>Dallas, TX 75235 |
| Michael D. Warner<br>Pachulski Stang Ziehl & Jones LLP<br>440 Louisiana Street<br>Suite 900<br>Houston, TX 77002-1062 | Waste Management<br>1001 Fannin<br>Houston, TX 77002-6717 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Purely Meat Company<br>4345 W Division<br>Chicago, IL 60651 | (d)Purely Meat Company<br>4345 W Division<br>Chicago, IL 60651 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Aramak Uniform Services<br>P.O. Box 731676<br>Dallas, TX 75373-1676 | (d)Celtic Bank<br>268 S State Street<br>Suite 300<br>Salt Lake City, UT 84111-5314 | (d)Fix A Drip<br>8732 Ukiah<br>Dallas, TX 75227-8224 |
| (d)Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | (d)Small Business Admin<br>PO Box 3918<br>Portland, OR 97208-3918 | (d)Wade Electric<br>7217 Parwelk<br>Dallas, TX 75235 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     6
Total                  40