Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| TROPHY HOSPITALITY, LLC. | § | Case no. 21-40512-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

Certificate of Service

I hereby certify that a true and correct copy of the Order on Motion for Setting and Request For Emergency Hearing on Motion to Approve 4001 Agreement was sent to all parties on the attached Matrix on this the 30th day of July 2021.

Respectfully submitted,

__/s/ Eric Liepins_____
ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR