| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 21-40512<br>Eastern District of Texas<br>Sherman<br>Wed Jul 28 11:01:11 CDT 2021 | Aramak Uniform Services<br>P.O. Box 731676<br>Dallas, TX 75373-1676 | Bigs Investment Holdings, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 |
| Bigs Investments Holdings, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 | Blue Star Frisco Retail, LLC<br>1 Cowboys Way, Ste. 100<br>Frisco, TX 75034-1977 | Blue Star Frisco Retail, LLC<br>c/o Michael D. Warner, Esq.<br>440 Louisiana St., Ste. 900<br>Houston, TX 77002-1062 |
| Blue Star Frisco, LP<br>8000 Warren Parkway<br>Building 1, Suite 100<br>Frisco, TX 75034-2231 | Blue Star Frisco, LP<br>1 Cowboys Way, Suite 100<br>Frisco, TX 75034-1977 | Celtic Bank<br>268 S. State St., Ste. 300<br>Salt Lake City, UT 84111-5314 |
| City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |
| Fix A Drip<br>8732 Ukiah<br>Dallas, TX 75227-8224 | Freshpoint<br>4721 Simonton<br>Dallas, TX 75244-5316 | Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 |
| Eric A. Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | (p)PURELY MEAT COMPANY<br>4345 W DIVISION STREET<br>CHICAGO IL 60651-1714 | Linda Reece<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 |
| Scott SEIDEL (SBRA V)<br>Sub V Chapter Trustee<br>6505 West Park Boulevard<br>Ste. 306<br>Plano, TX 75093-6212 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Sani Servant<br>3100 E Meadows<br>Mesquite, TX 75150 |
| Seidel Scott<br>Chapter 7 Trustee<br>6505 W. Park Blvd.<br>Plano, TX 75093-6208 | Callan Clark Searcy<br>Texas Attorney General<br>300 W. 15th Street, Mail MC-008<br>78701<br>Austin, TX 78701-1649 | Shiloh Oak Investment, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 |
| Shiloh Oak Investment, LLC<br>c/o Travis Richard<br>5335 Spring V alley<br>Dallas, TX 75254-3009 | Small Business Admin<br>P.O. Box 3918<br>Portland, OR 97208-3918 | Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| Texas Comptroller of Public Accounts, Revenu<br>Callan Searcy<br>c/o Sherri K. Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 | Trophy Hospitality, LLC<br>3351 Waverly Drive<br>Celina, TX 75009-1501 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |

```
US Trustee                          John M. Vardeman                    Wade Electric
Office of the U.S. Trustee          UST Office                          7217 Parwelk
110 N. College Ave.                 110 N. College St., Suite 300       Dallas, TX 75235
Suite 300                           Tyler, TX 75702-7231
Tyler, TX 75702-7231


Michael D. Warner                   Waste Management
Pachulski Stang Ziehl & Jones LLP   1001 Fannin
440 Louisiana Street                Houston, TX 77002-6717
Suite 900
Houston, TX 77002-1062
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Purely Meat Company                 (d)Purely Meat Company
4345 W Division                     4345 W Division
Chicago, IL 60651                   Chicago, IL 60651
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Aramak Uniform Services          (d)Celtic Bank                      (d)Fix A Drip
P.O. Box 731676                     268 S State Street                  8732 Ukiah
Dallas, TX 75373-1676               Suite 300                           Dallas, TX 75227-8224
                                    Salt Lake City, UT 84111-5314


(d)Frisco ISD                       (d)Small Business Admin             (d)Wade Electric
c/o Perdue Brandon Fielder et al    PO Box 3918                         7217 Parwelk
1919 S. Shiloh Road, Suite 310, LB 40   Portland, OR 97208-3918         Dallas, TX 75235
Garland, TX 75042-8234
```

```
End of Label Matrix
Mailable recipients    34
Bypassed recipients     6
Total                  40
```