United States Department of Justice
Office of the United States Trustee
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1450

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| Trophy Hospitality, LLC § | Case No. 21-40512 | |
| 3351 Waverly Drive § | | |
| Celina, TX 75009 § | | |
| DENTON-TX § | | |
| Tax ID / EIN: 81-4075814 § | | |
| dba Trophy Park § | Chapter 11 | |
| § | | |
| Debtor § | | |
| § | | |

**UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS WITH
PREJUDICE PURSUANT TO 11 U.S.C. § 1112(b),
OR IN THE ALTERNATIVE, FOR OTHER RELIEF;
WITH WAIVER OF 30-DAY HEARING REQUIREMENT**

**14-DAY NEGATIVE NOTICE – LBR 1017(b):**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PRESIDING:

William T. Neary, the United States Trustee for Region 6 ("U.S. Trustee") hereby files in the above-numbered and captioned bankruptcy case ("Case") his Motion to Convert or Dismiss with Prejudice Pursuant to 11 U.S.C. § 1112(b), or in the Alternative, for Other Relief ("Motion") and respectfully states in support thereof:

### Jurisdiction and Timeliness

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1334, 157(a), and the standing order of reference. This is a core proceeding pursuant to 28 U.S.C. § 157. The predicate for the relief requested herein is Bankruptcy Code section 1112(b).

### Background and Requested Relief

2. The Debtor filed the Case on April 8, 2021 ("Petition Date"), and operates its restaurant and bar business as a debtor-in-possession.

3. The Debtor has not filed an operating report during the Case, and is currently delinquent on reports for April, May, and June.

4. The Debtor does not appear to be using a debtor-in-possession account. The most recent statement from Plains Capital Bank, dated June 30, 2021, did not indicate a debtor-in-possession account designation and reflected a balance of $102,329.

5. Due to the lack of operating reports in the Case, the U.S. Trustee and other parties cannot effectively monitor the Debtor's use of cash or accurately calculate U.S. Trustee fees in the Case.

6. The Debtor has also not provided the U.S. Trustee's office with proof of insurance on its business contents.

7.  The Debtor's failure to comply with U.S. Trustee Guidelines to use a debtor-in-possession account, administrative reporting and fee requirements, and failure to provide proof of insurance of estate property constitutes cause under 11 U.S.C. § 1112(b) for conversion, dismissal with prejudice to re-filing, or, in the alternative, imposition of a case resolution deadline.

WHEREFORE, the U.S. Trustee respectfully requests that the Court issue an order (a) converting the Case to chapter 7; (b) dismissing the Case with prejudice, or (c) subjecting the Debtor to confirmation deadlines; and granting such other further appropriate relief.

Dated:  August 16, 2021                                                         Respectfully submitted,

William T. Neary
United States Trustee

/s/ Marcus F. Salitore
Trial Attorney
Texas Bar 24029822
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450 Ext. 216

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than August 17, 2021.

/s/ Marcus F. Salitore

**DEBTOR:**
Trophy Hospitality, LLC
3351 Waverly Drive
Celina, TX 75009

**DEBTOR'S COUNSEL:**
Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251

**SUBCHAPTER V TRUSTEE:**
Scott SEIDEL
Sub V Chapter Trustee
6505 West Park Boulevard
Ste. 306
Plano, TX 75093

**NOTICES OF APPEARANCE:**
Michael D. Warner, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES, LLP
440 Louisiana Street, Suite 900
Houston, TX 77002

Laurie Spindler
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Frisco ISD
c/o Linda D. Reece
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Shiloh Rd., Suite 310
Garland, TX 75042

**MATRIX FOLLOWS:**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 21-40512<br>Eastern District of Texas<br>Sherman<br>Mon Aug 16 13:41:24 CDT 2021 | Megan N. Adeyemo<br>Gordon & Rees LLP<br>2200 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2794 | Aramak Uniform Services<br>P.O. Box 731676<br>Dallas, TX 75373-1676 |
| Bigs Investment Holdings, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 | Bigs Investments Holdings, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 | Blue Star Frisco Retail, LLC<br>1 Cowboys Way, Ste. 100<br>Frisco, TX 75034-1977 |
| Blue Star Frisco Retail, LLC<br>c/o Michael D. Warner, Esq.<br>440 Louisiana St., Ste. 900<br>Houston, TX 77002-1062 | Blue Star Frisco, LP<br>8000 Warren Parkway<br>Building 1, Suite 100<br>Frisco, TX 75034-2231 | Blue Star Frisco, LP<br>1 Cowboys Way, Suite 100<br>Frisco, TX 75034-1977 |
| Celtic Bank<br>268 S. State St., Ste. 300<br>Salt Lake City, UT 84111-5314 | City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Fix A Drip<br>8732 Ukiah<br>Dallas, TX 75227-8224 | Freshpoint<br>4721 Simonton<br>Dallas, TX 75244-5316 |
| Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | Eric A. Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | (p)PURELY MEAT COMPANY<br>4345 W DIVISION STREET<br>CHICAGO IL 60651-1714 |
| Linda Reece<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | Scott SEIDEL (SBRA V)<br>Sub V Chapter Trustee<br>6505 West Park Boulevard<br>Ste. 306<br>Plano, TX 75093-6212 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 |
| Sani Servant<br>3100 E Meadows<br>Mesquite, TX 75150 | Seidel Scott<br>Chapter 7 Trustee<br>6505 W. Park Blvd.<br>Plano, TX 75093-6208 | Callan Clark Searcy<br>Texas Attorney General<br>300 W. 15th Street, Mail MC-008<br>78701<br>Austin, TX 78701-1649 |
| Shiloh Oak Investment, LLC<br>c/o Travis Richard<br>5335 Spring Valley<br>Dallas, TX 75254-3009 | Shiloh Oak Investment, LLC<br>c/o Travis Richard<br>5335 Spring V alley<br>Dallas, TX 75254-3009 | Small Business Admin<br>P.O. Box 3918<br>Portland, OR 97208-3918 |
| Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Texas Comptroller of Public Accounts, Revenu<br>Callan Searcy<br>c/o Sherri K. Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 | Trophy Hospitality, LLC<br>3351 Waverly Drive<br>Celina, TX 75009-1501 |

| | | |
|---|---|---|
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 |
| Wade Electric<br>7217 Parwelk<br>Dallas, TX 75235 | Michael D. Warner<br>Pachulski Stang Ziehl & Jones LLP<br>440 Louisiana Street<br>Suite 900<br>Houston, TX 77002-1062 | Waste Management<br>1001 Fannin<br>Houston, TX 77002-6717 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Purely Meat Company<br>4345 W Division<br>Chicago, IL 60651 | (d)Purely Meat Company<br>4345 W Division<br>Chicago, IL 60651 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Aramak Uniform Services<br>P.O. Box 731676<br>Dallas, TX 75373-1676 | (d)Celtic Bank<br>268 S State Street<br>Suite 300<br>Salt Lake City, UT 84111-5314 | (d)Fix A Drip<br>8732 Ukiah<br>Dallas, TX 75227-8224 |
| (d)Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | (d)Small Business Admin<br>PO Box 3918<br>Portland, OR 97208-3918 | (d)Wade Electric<br>7217 Parwelk<br>Dallas, TX 75235 |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     6
Total                  41